UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISTA RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY MUSIC ENTERTAINMENT INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS ABERDLE<br><br>    Defendant. | CIVIL ACTION No. 04- 30164- MAP |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs assert the following claims against Defendant.

## JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2. This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).



3. This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

**PARTIES**

4. Plaintiff Arista Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

5. Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6. Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7. Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

8. Plaintiff Sony Music Entertainment Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9. Plaintiffs are informed and believe that Defendant is an individual residing in this District.

## COUNT I

## INFRINGEMENT OF COPYRIGHTS

10. Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

11. Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings"). The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

12. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

13. Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

14. Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

15. As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

16. The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1. For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings, to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2. For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3. For Plaintiffs' costs in this action.

4. For Plaintiffs' reasonable attorneys' fees incurred herein.

5. For such other and further relief as the Court may deem just and proper.

ARISTA RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and SONY MUSIC ENTERTAINMENT INC.

By their attorneys,

DATED: 8/24/04     By: _____
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100

6

Case 3:04-cv-30164-MAP     Document 1      Filed 08/25/2004     Page 7 of 20

# EXHIBIT A

## THOMAS ABERDLE

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records, Inc. | TLC | Unpretty | Fanmail | 298-451 |
| Elektra Entertainment Group Inc. | Phish | Back on The Train | Farmhouse | 281-383 |
| Capitol Records, Inc. | Radiohead | Idioteque | Kid A | 289-38 |
| UMG Recordings, Inc. | Nirvana | Come As You Are | Nevermind | 135-335 |
| Sony Music Entertainment Inc. | Pearl Jam | Last Exit | Vitalogy | 206-558 |
| Arista Records, Inc. | Carolyn Dawn Johnson | Complicated | Room with a View | 301-081 |
| UMG Recordings, Inc. | DMX | Bring Your Whole Crew | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| Sony Music Entertainment Inc. | Pearl Jam | Wishlist | Yield | 255-869 |
| Arista Records, Inc. | Avril Lavigne | Losing Grip | Let Go | 312-786 |

Case 3:04-cv-30164-MAP    Document 1    Filed 08/25/2004    Page 9 of 20

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Size | Media Type | Artist |
|---|---|---|---|---|
| ddddffghkgfdawertyu56@... | Jessica Simpson_Irresistible.mp3 | 4,509KB | Audio | Jessica Simpson |
| ddddffghkgfdawertyu56@... | With You.wma | 3,026KB | Audio | Jessica Simpson |
| ddddffghkgfdawertyu56@... | Piece of My Heart.mp3 | 2,990KB | Audio | Janis Joplin |
| ddddffghkgfdawertyu56@... | 02 With You.wma | 3,026KB | Audio | Jessica Simpson |
| ddddffghkgfdawertyu56@... | 10-necro-gory_days-ego (1).mp3 | 2,318KB | Audio | 10-necro-gory_days-ego |
| ddddffghkgfdawertyu56@... | 04 Why Go.wma | 3,935KB | Audio | Pearl Jam |
| ddddffghkgfdawertyu56@... | Beatles - I Want You .mp3 | 7,299KB | Audio | The Beatles |
| ddddffghkgfdawertyu56@... | 8 MILE.kpl | 0KB | Audio | 8 Mile Soundtrack |
| ddddffghkgfdawertyu56@... | 01 - Llama.mp3 | 2,498KB | Audio | Phish |
| ddddffghkgfdawertyu56@... | 10 - keepsake - american fights.mp3 | 3,879KB | Audio | keepsake |
| ddddffghkgfdawertyu56@... | 02 - violent love.mp3 | 3,589KB | Audio | keepsake |
| ddddffghkgfdawertyu56@... | 04 - Poor Heart.mp3 | 1,941KB | Audio | Phish |
| ddddffghkgfdawertyu56@... | Beatles - Revolution.mp3 | 2,396KB | Audio | The Beatles |
| ddddffghkgfdawertyu56@... | 02-Days_Of_The_New-Fighting_With_Clay.mp3 | 4,055KB | Audio | Days of the New |
| ddddffghkgfdawertyu56@... | 03 - keepsake - engaging war.mp3 | 3,940KB | Audio | keepsake |
| ddddffghkgfdawertyu56@... | 05 - True Love Waits.mp3 | 4,411KB | Audio | Radiohead |
| ddddffghkgfdawertyu56@... | 09. Climbing up the walls.mp3 | 4,455KB | Audio | Radiohead |
| ddddffghkgfdawertyu56@... | 07. Fitter happier.mp3 | 1,834KB | Audio | Radiohead |
| ddddffghkgfdawertyu56@... | 07 Parabola.mp3 | 5,657KB | Audio | Tool |
| 2 Users | | | | |
| ddddffghkgfdawertyu56@... | 03. The Patient.mp3 | 6,781KB | Audio | Tool |
| ddddffghkgfdawertyu56@... | 12. Triad.mp3 | 8,227KB | Audio | Tool |
| ddddffghkgfdawertyu56@... | 2Pac - 2pac Changes.mp3 | 4,218KB | Audio | 2 Pac |
| ddddffghkgfdawertyu56@... | 12-notorious_big-rappintactics_bassment.mp3 | 6,395KB | Audio | Notorious B.I.G |
| ddddffghkgfdawertyu56@... | BeatleYelloSubmarine.mp3 | 3,254KB | Audio | The Beatles |
| ddddffghkgfdawertyu56@... | Beck - Odelay High Five.mp3 | 3,918KB | Audio | Beck |
| ddddffghkgfdawertyu56@... | Beales - Strawberry Fields .mp3 | 3,372KB | Audio | The Beatles |
| ddddffghkgfdawertyu56@... | 09_-_When_I'm_64.mp3 | 3,252KB | Audio | The Beatles |
| ddddffghkgfdawertyu56@... | asdf.kpl | 3KB | Audio | Crosby Stills Nash and Yo... |
| ddddffghkgfdawertyu56@... | 07 - Is It Luck .mp3 | 3,251KB | Audio | Primus |

Found 1927 files | 2,523,896 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | Theater | My Kazaa | Download | Search | Traffic | Shop | Tell A Friend

New search   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| dddddffghkgfdawertyu56@... | 07 - Is It Luck.mp3 | Primus | 3,251KB | Audio |
| dddddffghkgfdawertyu56@... | 02 - Anything But Me.mp3 | Phish | 5,913KB | Audio |
| dddddffghkgfdawertyu56@... | 02-phish-46_days_(edit)-rep.mp3 | Phish | 4,420KB | Audio |
| dddddffghkgfdawertyu56@... | 03 - Round Room.mp3 | Phish | 6,064KB | Audio |
| dddddffghkgfdawertyu56@... | 06 - Seven Below.mp3 | Phish | 12,842KB | Audio |
| dddddffghkgfdawertyu56@... | 07 - Mock Song.mp3 | Phish | 6,364KB | Audio |
| dddddffghkgfdawertyu56@... | 01-Y.K.Y.R-NIRVANANIRVANA BOX SET.mp3 | Nirvana | 3,455KB | Audio |
| dddddffghkgfdawertyu56@... | A Perfect Circle - Sleeping Beauty.mp3 | A Perfect Circle | 5,800KB | Audio |
| dddddffghkgfdawertyu56@... | Beatles - Cry Baby Cry.mp3 | The Beatles | 2,844KB | Audio |
| dddddffghkgfdawertyu56@... | Acoustic Guitar Led Zeppelin Jimmy Page 2000 (acoustic).... | Led Zepplin | 3,584KB | Audio |
| dddddffghkgfdawertyu56@... | 12 - The New Pollution.mp3 | Beck | 4,288KB | Audio |
| dddddffghkgfdawertyu56@... | 04 - BECK - Sea Change - Lonesome Tears.mp3 | Beck | 7,919KB | Audio |
| dddddffghkgfdawertyu56@... | 13-Ship In The Bottle.mp3 | Beck | 4,500KB | Audio |
| dddddffghkgfdawertyu56@... | A Picture of Nectar - Phish - The Landlady.mp3 | Phish | 2,066KB | Audio |
| dddddffghkgfdawertyu56@... | Airbag (acoustic).mp3 | Radiohead | 3,220KB | Audio |
| dddddffghkgfdawertyu56@... | Asian Pride Racin' Aint a Thing.mp3 | Azn Pride | 2,900KB | Audio |
| dddddffghkgfdawertyu56@... | AudioTrack 04.mp3 | Keepsake | 4,020KB | Audio |
| dddddffghkgfdawertyu56@... | Barbershop - KeepSake - Drivin' Me Crazy.mp3 | Keepsake | 1,734KB | Audio |
| dddddffghkgfdawertyu56@... | a perfect circle - diary of a madman.mp3 | A Perfect Circle | 7,110KB | Audio |
| dddddffghkgfdawertyu56@... | 50 Cent - Danger.mp3 | 50 Cent | 1,100KB | Audio |
| dddddffghkgfdawertyu56@... | BECK - Sex laws.MP3 | Beck | 3,443KB | Audio |
| dddddffghkgfdawertyu56@... | 01_You.mp3 | Radiohead | 4,032KB | Audio |
| dddddffghkgfdawertyu56@... | 07_Stop Whispering.mp3 | Radiohead | 3,192KB | Audio |
| dddddffghkgfdawertyu56@... | Alice In Chains - We Die Young.mp3 | Alice In Chains | 2,400KB | Audio |
| dddddffghkgfdawertyu56@... | Alice In Chains - Over Now.mp3 | Alice In Chains | 6,689KB | Audio |
| dddddffghkgfdawertyu56@... | AliceInChains-IStayAway.mp3 | Alice In Chains | 3,478KB | Audio |
| dddddffghkgfdawertyu56@... | Alice In Chains - Whale And Wasp (1).mp3 | Alice in Chains | 2,155KB | Audio |
| dddddffghkgfdawertyu56@... | 09-Korea.mp3 | Deftones | 3,216KB | Audio |
| dddddffghkgfdawertyu56@... | 03 - Amnesiac - Pulk-Pull Revolving Doors.mp3 | Radiohead | 3,865KB | Audio |

Found 1927 files   2,523,898 users online, sharing 459,231,413 files (3,952,320 GB)   Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ddddfghkgfdawertyu56@... | 03 - Amnesiac - Pulk-Pull Revolving Doors.mp3 | Radiohead | 3,865KB | Audio |
| ddddfghkgfdawertyu56@... | 15 - Radiohead - Amnesiac - I promise.mp3 | Radiohead | 3,188KB | Audio |
| ddddfghkgfdawertyu56@... | Aretha Franklin - It's In His Kiss.mp3 | Aretha Franklin | 2,242KB | Audio |
| ddddfghkgfdawertyu56@... | 17 - Doin' Time.mp3 | Sublime | 3,022KB | Audio |
| ddddfghkgfdawertyu56@... | (03) Eminem - Business.mp3 | Eminem | 1,967KB | Audio |
| ddddfghkgfdawertyu56@... | 43 - Eminem - Without Me.mp3 | Eminem | 4,048KB | Audio |
| ddddfghkgfdawertyu56@... | 50 cent - pimp [remix, feat. snoop dogg].mp3 | 50 Cent ft Snoop | 3,611KB | Audio |
| ddddfghkgfdawertyu56@... | (02)_Stacie Orrico - (There's Gotta Be) More To Life.wma | Stacie Orrico | 1,976KB | Audio |
| ddddfghkgfdawertyu56@... | 11_The Ballad Of Johnny Butt.mp3 | Sublime | 2,056KB | Audio |
| ddddfghkgfdawertyu56@... | 1.kpl | Unknown | 0KB | |
| ddddfghkgfdawertyu56@... | .kpl | Lynyrd Skynyrd | 1KB | |
| 2 Users | 3lw broken promises.mp3 | 3lw | 3,087KB | Audio |
| ddddfghkgfdawertyu56@... | 06 - Joy To The World.mp3 | Mariah Carey | 4,023KB | Audio |
| ddddfghkgfdawertyu56@... | 09 - Breathe.wma | Michelle Branch | 2,089KB | Audio |
| ddddfghkgfdawertyu56@... | 04- phish- back on the train.mp3 | Phish | 4,367KB | Audio |
| ddddfghkgfdawertyu56@... | (10) Britney Spears - Shadow.wma | Britney Spears | 2,265KB | Audio |
| ddddfghkgfdawertyu56@... | Anal Sex - my sister fucking her boyfriend.jpg | Unknown | 43KB | Image |
| ddddfghkgfdawertyu56@... | Audio - Alternative Rock.kpl | Unknown | 0KB | |
| ddddfghkgfdawertyu56@... | Audio - Barrington Levy.kpl | Barrington Levy | 1KB | |
| ddddfghkgfdawertyu56@... | (12) Britney Spears - Everytime.wma | Britney Spears | 2,331KB | Audio |
| ddddfghkgfdawertyu56@... | Audio - Electronica.kpl | Unknown | 0KB | |
| ddddfghkgfdawertyu56@... | Audio - Folk.kpl | Unknown | 0KB | |
| ddddfghkgfdawertyu56@... | Audio - Funk.kpl | Unknown | 1KB | |
| ddddfghkgfdawertyu56@... | Audio - Hip Hop.kpl | Unknown | 0KB | |
| ddddfghkgfdawertyu56@... | Audio - Jazz.kpl | Unknown | 0KB | |
| ddddfghkgfdawertyu56@... | Audio - Pop Rock.kpl | Unknown | 0KB | |
| ddddfghkgfdawertyu56@... | Audio - RB.kpl | Unknown | 0KB | |
| ddddfghkgfdawertyu56@... | Audio - Reggae.kpl | Unknown | 0KB | |
| ddddfghkgfdawertyu56@... | hardcore teen fucking.mpg | porn | 5,452KB | Video |

Found 1927 files | 2,523,898 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| dddddffghkgfdawertyu56@... | hardcore teen fucking.mpg | porn | 5,452KB | Video |
| dddddffghkgfdawertyu56@... | Been A Son.mp3 | Nirvana | 1,266KB | Audio |
| dddddffghkgfdawertyu56@... | Biggie Smalls - Cars And Sex.mp3 | Notorious B.I.G. | 3,303KB | Audio |
| dddddffghkgfdawertyu56@... | biggie your nobodt till somebody.mp3 | Notorious B. I. G. | 4,653KB | Audio |
| dddddffghkgfdawertyu56@... | Black Eyed Peas and Justin Timberlake - Where is the Love ... | Justin Timberlake | 1,822KB | Audio |
| dddddffghkgfdawertyu56@... | Bob Marley_Sublime - Do it Twice (1).mp3 | Bob Marley_Sublime | 1,976KB | Audio |
| dddddffghkgfdawertyu56@... | bob marley - Entire Album CD.mp3 | bob marley | 11,404KB | Audio |
| dddddffghkgfdawertyu56@... | bob marley - Pass The Dutchie.mp3 | Bob Marley | 3,203KB | Audio |
| dddddffghkgfdawertyu56@... | Bob Marley - Stir It Up.mp3 | Bob Marley | 5,004KB | Audio |
| dddddffghkgfdawertyu56@... | Bob Marley Feat. Lost Boyz_Mr.Cheeks - Guiltiness.mp3 | Bob Marley_The Wailers | 4,906KB | Audio |
| dddddffghkgfdawertyu56@... | bodies - smashing pumpkins.mp3 | Smashing Pumpkins | 3,646KB | Audio |
| dddddffghkgfdawertyu56@... | Bomb.wma | Bush | 4,926KB | Audio |
| dddddffghkgfdawertyu56@... | Bone Crusher-AttenCHUN-never scared.mp3 | Bone Crusher | 1,607KB | Audio |
| dddddffghkgfdawertyu56@... | BoneThugs_NotoriousBIG_NotoriusThugs.mp3 | Notorious B.I.G. | 3,765KB | Audio |
| dddddffghkgfdawertyu56@... | Bring It On Soundtrack - Clovers - Nationals Routine.mp3 | A | 5,035KB | Audio |
| dddddffghkgfdawertyu56@... | Britney Spears - Pepsi Commercial.mp3 | BRITTNEY SPEARS | 1,629KB | Audio |
| dddddffghkgfdawertyu56@... | Britney Spears - The beat goes on.wma | Britney Spears | 958KB | Audio |
| dddddffghkgfdawertyu56@... | britney spears - You Drive Me Crazy Stop Mix.mp3 | Brittany Spears | 893KB | Audio |
| dddddffghkgfdawertyu56@... | Britney Spears - You Got It All.mp3 | Britney Spears | 3,120KB | Audio |
| dddddffghkgfdawertyu56@... | Britney Spears and Madonna kissing.jpg | Unknown | 2,280KB | Audio |
| dddddffghkgfdawertyu56@... | britney spears beforethegoodbye.mp3 | Britney Spears | 38KB | Image |
| dddddffghkgfdawertyu56@... | Britney Spears - Lucky (1).mp3 | Britney Spears | 2,765KB | Audio |
| dddddffghkgfdawertyu56@... | brother and sister having sex (1)(1)(1).jpg | Unknown | 1,040KB | Audio |
| dddddffghkgfdawertyu56@... | Bruce Springstein - Pink Cadillac.mp3 | Oldies-Bruce Springstein | 45KB | Image |
| dddddffghkgfdawertyu56@... | Burl Ives - Cool Water.mp3 | Burl Ives | 2,537KB | Audio |
| dddddffghkgfdawertyu56@... | bush - alien (1).mp3 | Bush | 3,639KB | Audio |
| dddddffghkgfdawertyu56@... | Bush - Little Things.mp3 | Bush | 2,500KB | Audio |
| dddddffghkgfdawertyu56@... | Bush - Sixteen Stone - 12 - X-Girlfriend.mp3 | Bush | 4,129KB | Audio |
| dddddffghkgfdawertyu56@... | | | 1,058KB | Audio |

2,523,898 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

Found 1927 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| dddddffghkgfdawertyu56@... | Bush - Sixteen Stone - 12 - X-Girlfriend.mp3 | Bush | 1,058KB | Audio |
| dddddffghkgfdawertyu56@... | Bush - Wild Horses (acoustic).mp3 | Bush | 4,200KB | Audio |
| dddddffghkgfdawertyu56@... | CCR - Suzzie Q.mp3 | Creedence Clearwater R... | 4,313KB | Audio |
| dddddffghkgfdawertyu56@... | Cheerleading-Missy Mix.mp3 | Cheerleading | 725KB | Audio |
| dddddffghkgfdawertyu56@... | Chevelle - The Red.mp3 | Chevelle | 2,789KB | Audio |
| dddddffghkgfdawertyu56@... | Christina Aguilera - 14 - Soar.mp3 | Christina Aguilera | 2,231KB | Audio |
| dddddffghkgfdawertyu56@... | christina20 - Track 20.mp3 | christina aguilera | 4,572KB | Audio |
| dddddffghkgfdawertyu56@... | Christmas - O Holy Night (karaoke) (1) (1).MP3 | Mariah Carey | 1,384KB | Audio |
| dddddffghkgfdawertyu56@... | christmas music - deck the halls (1).mp3 | Christmas Songs | 1,693KB | Audio |
| dddddffghkgfdawertyu56@... | club mixes-Rap-Booty Mix - Botty Drop (6).mp3 | A | 3,402KB | Audio |
| dddddffghkgfdawertyu56@... | Crosby, Stills, Nash_Young - Dark Star.mp3 | CSN | 4,466KB | Audio |
| dddddffghkgfdawertyu56@... | CSNY - Cowgirl In the Sand (Acoustic Live).mp3 | CSNY | 2,797KB | Audio |
| dddddffghkgfdawertyu56@... | D12_Eminem - Fight music.mp3 | D12_Eminem | 4,122KB | Audio |
| dddddffghkgfdawertyu56@... | days of the new - downtown.mp3 | Days Of The New | 1,729KB | Audio |
| dddddffghkgfdawertyu56@... | Days Of The New - Face of the Earth.mp3 | Days of the New | 4,960KB | Audio |
| dddddffghkgfdawertyu56@... | days of the new - how do you know.mp3 | Days Of The New | 5,218KB | Audio |
| dddddffghkgfdawertyu56@... | Days of the New - Last One.mp3 | Days of the New | 4,414KB | Audio |
| dddddffghkgfdawertyu56@... | Days of the New -- Best Of Life.mp3 | Phish | 6,515KB | Audio |
| dddddffghkgfdawertyu56@... | dear prudence.mp3 | Deftones | 1,641KB | Audio |
| dddddffghkgfdawertyu56@... | Deftones - Back To School.mp3 | Deftones | 2,994KB | Audio |
| dddddffghkgfdawertyu56@... | Deftones - Engine No. 9.mp3 | Deftones | 3,208KB | Audio |
| dddddffghkgfdawertyu56@... | Deftones - Freaks.mp3 | Deftones | 2,540KB | Audio |
| dddddffghkgfdawertyu56@... | Deftones - Lotion.mp3 | The Deftones | 3,715KB | Audio |
| dddddffghkgfdawertyu56@... | Deftones - Passenger (1).mp3 | Deftones | 2,508KB | Audio |
| dddddffghkgfdawertyu56@... | Deftones - Root.mp3 | deftones | 3,453KB | Audio |
| dddddffghkgfdawertyu56@... | deftones - Teenager.mp3 | deftones | 3,168KB | Audio |
| dddddffghkgfdawertyu56@... | Deftones-Back To School.mp3 | Deftones | 5,980KB | Audio |
| dddddffghkgfdawertyu56@... | Devonte_Tanto Metro - Everyone Falls In Love Sometime... | Devonte_Tanto Metro | 3,168KB | Audio |
| dddddffghkgfdawertyu56@... | did my time-did my time_korn.mp3 | korn | 1,265KB | Audio |

Found 1927 files | 2,523,898 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ddddffghkgfdawertyu56@... | did my time-did my time_korn.mp3 | korn | 1,266KB | Audio |
| ddddffghkgfdawertyu56@... | Diecast - 02 - Unlearn.mp3 | Diecast | 3,267KB | Audio |
| ddddffghkgfdawertyu56@... | Diecast - 03 - Courage to Be.mp3 | Diecast | 5,174KB | Audio |
| ddddffghkgfdawertyu56@... | Diecast - 05 - Damage Path.mp3 | Diecast | 4,131KB | Audio |
| ddddffghkgfdawertyu56@... | Diecast - 09 - Invent the Truth.mp3 | Diecast | 4,828KB | Audio |
| ddddffghkgfdawertyu56@... | Diecast - 10 - Solace.mp3 | Diecast | 5,320KB | Audio |
| ddddffghkgfdawertyu56@... | Diecast - 11 - Day of Reckoning.mp3 | Diecast | 4,920KB | Audio |
| ddddffghkgfdawertyu56@... | Diecast - Courage To Be.mp3 | Diecast | 2,273KB | Audio |
| ddddffghkgfdawertyu56@... | diecast - undo the wicked (1).mp3 | Diecast | 5,144KB | Audio |
| ddddffghkgfdawertyu56@... | Disney - Tarzan - You'll Be in my Heart.mp3 | Tarzan | 1,988KB | Audio |
| ddddffghkgfdawertyu56@... | Dixie Chicks - More Love.mp3 | Dixie Chicks | 4,781KB | Audio |
| ddddffghkgfdawertyu56@... | Dixie Chicks - You Can't Hurry Love.mp3 | Dixie Chicks | 2,188KB | Audio |
| ddddffghkgfdawertyu56@... | Dr Dre - I Just Wanna Fuck U.mp3 | Dr. Dre | 1,620KB | Audio |
| ddddffghkgfdawertyu56@... | Electronica - Emerging Artists.kpl | Unknown | 0KB | |
| ddddffghkgfdawertyu56@... | Emeniem - Rare Freestyle Rap.mp3 | Emeniem | 1,748KB | Audio |
| ddddffghkgfdawertyu56@... | Emenim - The Real Slim Shady.mp3 | al | 1,002KB | Audio |
| ddddffghkgfdawertyu56@... | Eminem - MM LP - 10 - im back.mp3 | Eminem | 904KB | Audio |
| ddddffghkgfdawertyu56@... | Eminem - Say Goodbye Hollywood.mp3 | Eminem | 6,395KB | Audio |
| ddddffghkgfdawertyu56@... | Eric Clapton - Change the World.mp3 | Eric Clapton | 3,182KB | Audio |
| ddddffghkgfdawertyu56@... | Eric Clapton - I Can't Stand It.mp3 | Eric Clapton | 3,898KB | Audio |
| ddddffghkgfdawertyu56@... | Eric Clapton - Motherless Child.mp3 | Eric Clapton | 2,770KB | Audio |
| ddddffghkgfdawertyu56@... | Eric Clapton - Wonderful Tonight (1).mp3 | Eric Clapton | 2,229KB | Audio |
| ddddffghkgfdawertyu56@... | FAITH HILL-06 cry- New Songs!.mp3 | Faith Hill | 4,855KB | Audio |
| ddddffghkgfdawertyu56@... | Femdom dirty dog_0.mpg | Unknown | 5,089KB | Video |
| ddddffghkgfdawertyu56@... | Fountains Of Wayne - Stacey's Mom.MP3 | Fountains Of Wayne | 1,347KB | Audio |
| ddddffghkgfdawertyu56@... | Funk - Emerging Artists.kpl | Unknown | 0KB | |
| ddddffghkgfdawertyu56@... | Gary Wright - Dream Weaver.mp3 | Trooper | 3,483KB | Audio |
| ddddffghkgfdawertyu56@... | God Smack - Awake.mp3 | Godsmack | 3,571KB | Audio |
| ddddffghkgfdawertyu56@... | Godsmac - Stress.mp3 | Godsmack | 5,936KB | Audio |

Found 1927 files | 2,523,898 users online, sharing 859,231,413 files (3,952,320 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | ... | ... | Traffic | Shop | Tell A Friend

New search | Download | ... | ... | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ddddffghkgfdawertyu56@... | Godsmac - Stress.mp3 | Godsmack | 5,936KB | Audio |
| ddddffghkgfdawertyu56@... | Godsmack - Awake -Goin' Down.mp3 | Godsmack | 5,848KB | Audio |
| ddddffghkgfdawertyu56@... | Godsmack - Best I Ever Did.mp3 | Godsmack | 2,402KB | Audio |
| ddddffghkgfdawertyu56@... | Godsmack - Greed.mp3 | Godsmack | 2,456KB | Audio |
| ddddffghkgfdawertyu56@... | Godsmack - Sick of Life.mp3 | Godsmack | 3,628KB | Audio |
| ddddffghkgfdawertyu56@... | Godsmack - Stay Away.mp3 | Godsmack | 4,766KB | Audio |
| ddddffghkgfdawertyu56@... | Godsmack - Time Bomb.mp3 | Godsmack | 3,746KB | Audio |
| ddddffghkgfdawertyu56@... | Grateful Dead and Phish - Ripple (LIVE) (1) (1).mp3 | Grateful Dead_Phish | 2,760KB | Audio |
| ddddffghkgfdawertyu56@... | Hail Santa.mp3 | Primus | 1,708KB | Audio |
| ddddffghkgfdawertyu56@... | Half Baked - Jamaican Song.mp3 | Bob Marley | 2,541KB | Audio |
| ddddffghkgfdawertyu56@... | Hark,The Herald Angels Sing.mp3 | Mariah Carey | 2,830KB | Audio |
| ddddffghkgfdawertyu56@... | Hatebreed - Black Widow.mp3 | Hatebreed | 1,399KB | Audio |
| ddddffghkgfdawertyu56@... | hatebreed_proven_(NOT_FAKE!!!)_.mp3 | Hatebreed | 2,443KB | Audio |
| ddddffghkgfdawertyu56@... | Here, There And Everywhere.mp3 | The Beatles | 2,976KB | Audio |
| ddddffghkgfdawertyu56@... | Heretic Anthem.mp3 | Slipknot | 4,574KB | Audio |
| ddddffghkgfdawertyu56@... | Hillary Duff - So Yesterday (1).wma | Hillary Duff | 3,370KB | Audio |
| ddddffghkgfdawertyu56@... | Hip-Hop - Emerging Artists.kpl | Unknown | 0KB | |
| ddddffghkgfdawertyu56@... | I'm Waiting for the Man - 14.mp3 | David Bowie | 5,370KB | Audio |
| ddddffghkgfdawertyu56@... | Im Shady.mp3 | Eminem | 1,656KB | Audio |
| ddddffghkgfdawertyu56@... | INSTRUMENTALS VOL. 1 - gansta rap.mp3 | Necro | 4,738KB | Audio |
| ddddffghkgfdawertyu56@... | Jeff Beck_Rod Stewart - Ain't Superstitious.mp3 | Beck | 4,575KB | Audio |
| ddddffghkgfdawertyu56@... | Jennifer Love Hewitt - No Ordinary Love.mp3 | Sade | 3,757KB | Audio |
| ddddffghkgfdawertyu56@... | Jerry Garcia_David Grisman - Pizza Tapes - Little Sadie.m... | Jerry | 2,326KB | Audio |
| ddddffghkgfdawertyu56@... | jfgf.kpl | Slipknot | 1KB | |
| 2 Users | | | | |
| ddddffghkgfdawertyu56@... | Jock Jams - Boom Boom Boom.mp3 | Jock Jams | 2,938KB | Audio |
| ddddffghkgfdawertyu56@... | Jock Jams - Cheerleading Mix.mp3 | A | 3,062KB | Audio |
| ddddffghkgfdawertyu56@... | John Fogerty(CCR) - Mustang Sally.mp3 | Creedence Clearwater R... | 819KB | Audio |
| ddddffghkgfdawertyu56@... | kara.kpl | Paolo and Isabella | 0KB | |
| ddddffghkgfdawertyu56@... | Kate Bush - Babooshka.mp3 | Kate Bush | 3,270KB | Audio |

Found 1927 files    2,523,898 users online, sharing 459,231,413 files (3,952,320 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ddddffghkgfdawertyu56@... | Kate Bush - Babooshka.mp3 | Kate Bush | 3,270KB | Audio |
| ddddffghkgfdawertyu56@... | Keepsake - 05 - The Art Of Collapsing.mp3 | Keepsake | 4,344KB | Audio |
| ddddffghkgfdawertyu56@... | Keepsake - 07 - Color By Number.mp3 | keepsake | 2,362KB | Audio |
| ddddffghkgfdawertyu56@... | Keepsake - Black Dress In A B Movie.mp3 | Keepsake | 4,629KB | Audio |
| ddddffghkgfdawertyu56@... | keepsake - Cartoon Life.mp3 | Keepsake | 5,769KB | Audio |
| ddddffghkgfdawertyu56@... | keepsake - infinity road.mp3 | keepsake | 2,459KB | Audio |
| ddddffghkgfdawertyu56@... | Keepsake - Lacquer Lipstick.mp3 | keepsake | 4,411KB | Audio |
| ddddffghkgfdawertyu56@... | Keepsake - Letter To A Hostage.mp3 | keepsake | 2,987KB | Audio |
| ddddffghkgfdawertyu56@... | Keepsake - Slander (1).mp3 | keepsake | 3,825KB | Audio |
| ddddffghkgfdawertyu56@... | kelly clarkson-before your love-thankful.mp3 | kelly clarkson | 1,091KB | Audio |
| ddddffghkgfdawertyu56@... | kmd202_en.exe | Sharman Networks Ltd | 4,541KB | Software |
| ddddffghkgfdawertyu56@... | kmd211update_en.exe | Sharman Networks Ltd | 3,513KB | Software |
| ddddffghkgfdawertyu56@... | kmd260_en.exe | Sharman Networks Ltd | 6,935KB | Software |
| ddddffghkgfdawertyu56@... | Korn - Adidas.mp3 | Korn | 2,388KB | Audio |
| ddddffghkgfdawertyu56@... | Korn - Helmet in the Bush.mp3 | Korn | 3,795KB | Audio |
| ddddffghkgfdawertyu56@... | KoRn- Thoughtless.mp3 | KoRn | 10,678KB | Audio |
| ddddffghkgfdawertyu56@... | Led Zeplin - 10 Years Gone.mp3 | Led Zeplin | 4,588KB | Audio |
| ddddffghkgfdawertyu56@... | Led Zeplin - Battle of Evermore.mp3 | Led Zeplin | 5,491KB | Audio |
| ddddffghkgfdawertyu56@... | Led Zeplin - Hey Hey.mp3 | Led Zeplin | 3,698KB | Audio |
| ddddffghkgfdawertyu56@... | Led Zeplin - Hey momma (acoustic).mp3 | Led Zeplin | 2,362KB | Audio |
| ddddffghkgfdawertyu56@... | Led Zeplin - Ocean.mp3 | led Zeplin | 4,234KB | Audio |
| ddddffghkgfdawertyu56@... | Led Zeplin - Whole Lot of Love.mp3 | Led Zeplin | 2,656KB | Audio |
| ddddffghkgfdawertyu56@... | Led Zeppelin - You Shook Me.mp3 | Led Zeplin | 2,560KB | Audio |
| ddddffghkgfdawertyu56@... | Led Zepplin - Cashmere.mp3 | Led Zeplin | 7,094KB | Audio |
| ddddffghkgfdawertyu56@... | Led Zepplin - Ramble On.mp3 | Led Zeplin | 4,118KB | Audio |
| ddddffghkgfdawertyu56@... | Led Zepplin- Smoke on the Water.mp3 | Led Zepplin | 1,212KB | Audio |
| ddddffghkgfdawertyu56@... | Lewis Black - Heaven's Gate.mp3 | Lewis Black | 2,131KB | Audio |
| ddddffghkgfdawertyu56@... | Lizzie McGuire - What They Gonna Think.MP3 | Lizzie McGuire Soundtrack | 1,530KB | Audio |
| ddddffghkgfdawertyu56@... | lizzie.kpl | Hillary Duff | 0KB | |

Found 1927 files | 2,523,898 users online, sharing 459,281,413 files (3,952,320 GB) | [Not sharing any files]

```
Kazaa - [Search]
File  View  Player  Tools  Actions  Help

Web    Theater    Search    Traffic    Shop    Tell A Friend
New search   My Kazaa   Download              Search Field

User                              Filename                                              Artist              Size    Media Type
ddddffghkgfdawertyu56@...         lizzie.kpl                                                                0KB
ddddffghkgfdawertyu56@...         LostBoyz-Renee(Remix).mp3                            Hillary Duff        4,034KB  Audio
ddddffghkgfdawertyu56@...         lou_bega_-_mambo_number_5.mid                        Lost Boyz             69KB  Audio
ddddffghkgfdawertyu56@...         Lucky Trumble - 13.mp3                               lou bega           2,534KB  Audio
ddddffghkgfdawertyu56@...         lumidee-almost famous-me and you-12 (1).mp3          Nancy Wilson       3,705KB  Audio
ddddffghkgfdawertyu56@...         lumidee-almost famous-me and you-12.mp3              lumidee            7,338KB  Audio
ddddffghkgfdawertyu56@...         lumidee-almost famous-my last thug-10.mp3            lumidee            1,754KB  Audio
ddddffghkgfdawertyu56@...         lumidee-almost famous-my last thug.mp3               lumidee            4,003KB  Audio
2 Users                           Lynard Skynard - Stuck In The Middle With You.mp3    lumidee            3,112KB  Audio
ddddffghkgfdawertyu56@...         Lynyrd Skynyrd - Same Old Blues.mp3                  Lynard Skynard     2,923KB  Audio
ddddffghkgfdawertyu56@...         Lynyrd Skynyrd - Ballad Of Curtis Low.mp3            Lynard Skynard     4,559KB  Audio
ddddffghkgfdawertyu56@...         Lynyrd Skynyrd - Freebird.mp3                        Lynard Skynard     4,524KB  Audio
ddddffghkgfdawertyu56@...         Lynyrd Skynyrd - Mississippi queen.mp3               Lynard Skynard     2,332KB  Audio
ddddffghkgfdawertyu56@...         lynyrd skynyrd - searching (live).mp3                Lynard Skynard     3,762KB  Audio
ddddffghkgfdawertyu56@...         Lynyrd Skynyrd - That Smell.mp3                      Lynard Skynard     2,752KB  Audio
ddddffghkgfdawertyu56@...         Lynyrd Skynyrd -Travelin' Man.mp3                    Lynard Skynard     3,814KB  Audio
ddddffghkgfdawertyu56@...         M - B*Witched - Jump Down.MP3                        B*Witched          2,881KB  Audio
ddddffghkgfdawertyu56@...         makeover[1].mp3                                      Christina Aguilera   559KB  Audio
ddddffghkgfdawertyu56@...         Maria Carey - Hero.mp3                               Mariah Carey       4,062KB  Audio
ddddffghkgfdawertyu56@...         mariah carey - All My Life.mp3                       Mariah Carey       3,634KB  Audio
ddddffghkgfdawertyu56@...         Mariah Carey - Anytime You Need A Friend.mp3         Mariah Carey       3,530KB  Audio
ddddffghkgfdawertyu56@...         Mariah Carey - Breakdown.mp3                         Mariah Carey       8,845KB  Audio
ddddffghkgfdawertyu56@...         Mariah Carey - Cant Take That Away.mp3               Mariah Carey       3,192KB  Audio
ddddffghkgfdawertyu56@...         Mariah Carey - Music Box - 04 - Music Box.mp3        Mariah Carey       5,222KB  Audio
ddddffghkgfdawertyu56@...         mariah carey - music box.mp3                         Mariah Carey       5,820KB  Audio
ddddffghkgfdawertyu56@...         Mariah Carey - My All.mp3                            Mariah Carey       1,579KB  Audio
ddddffghkgfdawertyu56@...         Mariah Carey~DaBrat~Heartbreaker~Remix.mp3           Mariah Carey_Da Brat 2,735KB Audio
ddddffghkgfdawertyu56@...         me and you-almost famous_lumidee.mp3                 lumidee            2,648KB  Audio
ddddffghkgfdawertyu56@...         Medley-Grease-Zebda.mp3                              Grease             4,020KB  Audio

Found 1927 files                  2,523,898 users online, sharing 459,231,413 files (3,952,320 GB)    Not sharing any files
```

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | | | Traffic | Shop | Tell A Friend
New search | Download | | | | | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| ddddlffghkgfdawertyu56@... | Medley-Grease-Zebda .mp3 | Grease | 4,020KB | Audio | |
| ddddlffghkgfdawertyu56@... | Merry Christmas.jpg | Unknown | 60KB | Image | |
| ddddlffghkgfdawertyu56@... | Metalica - I Dissapear.mp3 | Matallica | 2,138KB | Audio | |
| ddddlffghkgfdawertyu56@... | Metallica - Sanitarium.mp3 | Metallica | 5,302KB | Audio | |
| ddddlffghkgfdawertyu56@... | Metallica - The Unforgiven.mp3 | Metallica | 6,043KB | Audio | |
| ddddlffghkgfdawertyu56@... | Michelle Branch - Everywhere (4).mp3 | Michelle Branch | 3,437KB | Audio | |
| ddddlffghkgfdawertyu56@... | Michelle Branch - One of These Days.mp3 | Michelle Branch | 4,758KB | Audio | |
| ddddlffghkgfdawertyu56@... | mike.kpl | Unknown | 1KB | | |
| ddddlffghkgfdawertyu56@... | mj (1).wav | 3LW, raven | 1,294KB | Audio | |
| ddddlffghkgfdawertyu56@... | Mr. Farmer - 08.mp3 | The Seeds | 2,686KB | Audio | |
| ddddlffghkgfdawertyu56@... | Mud Vain - Falling (2).mp3 | Mudvain | 1,316KB | Audio | |
| ddddlffghkgfdawertyu56@... | Mudvain -=- Dig.mp3 | Mudvayne | 3,886KB | Audio | |
| ddddlffghkgfdawertyu56@... | my last thug-almost famous_lumidee.mp3 | lumidee | 4,965KB | Audio | |
| ddddlffghkgfdawertyu56@... | N Sync - Bye Bye Bye (Timbaland Remix).mp3 | Nsync | 3,785KB | Audio | Bye Bye Bye |
| ddddlffghkgfdawertyu56@... | N Sync vs BSB vs 98 DEGREES Megamix - Cheerleading Re... | A | 7,343KB | Audio | Che |
| ddddlffghkgfdawertyu56@... | N'Sync - Dirty Pop ( DJ Dance Remix).mp3 | Msync | 680KB | Audio | Dirty Pop |
| ddddlffghkgfdawertyu56@... | Necro - 02 - World Gone Mad.mp3 | Necro | 1,988KB | Audio | |
| ddddlffghkgfdawertyu56@... | Necro - 11 - Burn The Groove To Death.mp3 | A ++ | 4,334KB | Audio | Burn Th |
| ddddlffghkgfdawertyu56@... | Necro - Anti-Gay Freestyle (1).mp3 | Necro | 4,562KB | Audio | |
| ddddlffghkgfdawertyu56@... | Necro - Brutal Styles.mp3 | Necro | 3,370KB | Audio | |
| ddddlffghkgfdawertyu56@... | Necro - Fuck With this.mp3 | Necro | 2,214KB | Audio | Ne |
| ddddlffghkgfdawertyu56@... | Necro - STD.mp3 | Necro | 2,402KB | Audio | |
| ddddlffghkgfdawertyu56@... | Necro - Underground.mp3 | Necro | 5,125KB | Audio | |
| ddddlffghkgfdawertyu56@... | Necro - WNYU Freestyle.mp3 | necro | 5,588KB | Audio | |
| ddddlffghkgfdawertyu56@... | Necro - You're Dead.mp3 | Necro | 2,740KB | Audio | |
| ddddlffghkgfdawertyu56@... | Necro - Your Dead.mp3 | Necro | 2,980KB | Audio | |
| ddddlffghkgfdawertyu56@... | Necro - Your Fuckin Head Split.mp3 | Necro | 2,936KB | Audio | You |
| ddddlffghkgfdawertyu56@... | Necro Ft. Ill Bill - How to Kill a Cop.mp3 | Necro ft. Ill Bill | 2,037KB | Audio | |
| ddddlffghkgfdawertyu56@... | Necro-Underground.mp3 | Necro | 2,576kB | Audio | |

Found 1927 files | 2,523,898 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New search | Theater | [Download] | [My Kazaa] | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| dddddffghkgfdawertyu56@... | Necro-Underground.mp3 | Necro | 2,576KB | Audio | |
| dddddffghkgfdawertyu56@... | Nelly - Nelly Mix.mp3 | Cheerleading Music | 1,206KB | Audio | |
| dddddffghkgfdawertyu56@... | Newton-John Olivia_John Travolta_ Summer Nights.mp3 | Grease | 2,542KB | Audio | |
| dddddffghkgfdawertyu56@... | Nick Carter - help me(full version).mp3 | A | 907KB | Audio | h |
| dddddffghkgfdawertyu56@... | Nikki Cox in tube top.jpg | Unknown | 115KB | Image | N |
| dddddffghkgfdawertyu56@... | Nikki Cox Nude 001 (1) (1).jpg | Unknown | 143KB | Image | Nikki Co |
| dddddffghkgfdawertyu56@... | nIKKI cOX pLAYbOY sTANDING uP (1) (1).jpg | Unknown | 186KB | Image | nIKKI cOX pLAYbOY s1 |
| dddddffghkgfdawertyu56@... | nirvana - scoff.mp3 | Nirvana | 3,909KB | Audio | |
| dddddffghkgfdawertyu56@... | Notorious BIG - Nitorious Thugs.mp3 | Notorious BIG | 5,736KB | Audio | |
| dddddffghkgfdawertyu56@... | Nitorious BIG vs.Tupac_Freestyle.mp3 | Tu pac | 2,788KB | Audio | 2Pa |
| dddddffghkgfdawertyu56@... | non phixion - war is everywhere.mp3 | Non-Phixion | 6,507KB | Audio | |
| dddddffghkgfdawertyu56@... | notorious b.i.g. - last day.mp3 | Notorious B. I. G. | 6,088KB | Audio | |
| dddddffghkgfdawertyu56@... | NSync - Merry Christmas Happy Holidays.mp3 | N5ync | 4,964KB | Audio | Merry Christma |
| dddddffghkgfdawertyu56@... | Nsync - This I Promise You.mp3 | Nsync | 3,337KB | Audio | |
| dddddffghkgfdawertyu56@... | Nsync -Dirty Pop (Radio—good version) (3).mp3 | A | 2,438KB | Audio | |
| dddddffghkgfdawertyu56@... | Nsync-O Holy Night (A Capella).mp3 | N5YNC | 2,517KB | Audio | O Hol |
| dddddffghkgfdawertyu56@... | ODB and Mariah Cary- Fanticty.mp3 | Mariah Carey | 3,448KB | Audio | F |
| dddddffghkgfdawertyu56@... | Oh Yea.wma | Big TYmers | 2,320KB | Audio | |
| dddddffghkgfdawertyu56@... | One Way Out - 09.mp3 | The Allman Brothers Band | 4,678KB | Audio | |
| dddddffghkgfdawertyu56@... | pamela anderson_tommy-B1.mpg | Unknown | 540KB | Video | pamala a |
| dddddffghkgfdawertyu56@... | Paul Simon and Art Garfunkal - Mrs. Robinson.mp3 | Simon and Garfunkel | 3,141KB | Audio | |
| dddddffghkgfdawertyu56@... | Pearl Jam (Eddie Vedder) with Burn - Rare - Aberdeen.mp3 | Eddie Vedder | 2,748KB | Audio | |
| dddddffghkgfdawertyu56@... | PEARL JAM (Vitology) 02 - Spin.MP3 | Pearl Jam | 3,274KB | Audio | |
| dddddffghkgfdawertyu56@... | Pearl Jam - aye davanita.mp3 | Pearl Jam | 2,780KB | Audio | |
| dddddffghkgfdawertyu56@... | Pearl Jam - Better Man.mp3 | Pearl Jam | 3,541KB | Audio | |
| dddddffghkgfdawertyu56@... | Pearl Jam - Deep.mp3 | Pearl Jam | 4,052KB | Audio | |
| dddddffghkgfdawertyu56@... | Pearl Jam - Garden.mp3 | Pearl Jam | 3,506KB | Audio | |
| dddddffghkgfdawertyu56@... | pearl jam - Hey Foxymophandiemama, That's Me.mp3 | Pearl Jam | 7,240KB | Audio | 14 Hey Foxymophan |
| dddddffghkgfdawertyu56@... | Pearl Jam - Last Exit.mp3 | Pearl Jam | 2,726KB | Audio | |

Found 1927 files | 2,523,898 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files