Kazaa - [Search]

File  View  Player  Tools  Actions  Help

New search  | Download |    | Theater |    Search |    Traffic |    Shop |    Tell A Friend

Web    My Kazaa    Search Field

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| Pearl Jam - Last Exit.mp3 | Pearl Jam | 2,726KB | Audio |
| Pearl Jam - Leatherman.mp3 | Pearl Jam | 2,356KB | Audio |
| Pearl Jam - Once.mp3 | Pearl Jam | 3,619KB | Audio |
| Pearl Jam - Porch.mp3 | Pearl Jam | 3,293KB | Audio |
| pearl jam - redemption song.mp3 | Pearl Jam | 3,782KB | Audio |
| Pearl Jam - State of Love and Trust.mp3 | Pearl Jam | 3,650KB | Audio |
| Pearl Jam - tremor christ.mp3 | Pearl Jam | 3,944KB | Audio |
| pearl jam - wishlist.mp3 | Pearl Jam | 3,233KB | Audio |
| Pearl Jam - bugs.mp3 | Pearl Jam | 2,576KB | Audio |
| Pearl Jam-Rival.mp3 | Pearl Jam | 3,416KB | Audio |
| Pearl Jam - Elderly Woman Be.mp3 | Pearl Jam | 3,057KB | Audio |
| PearlJam - Given up to Fly.mp3 | Pearl Jam | 3,770KB | Audio |
| PearlJam-Corduroy.mp3 | Pearl Jam | 4,322KB | Audio |
| Perfect Circle, A - 3 Libras.mp3 | a Perfect Circle | 4,292KB | Audio |
| Pete Townshend - Tommy Theme.MP3 | The Who | 4,730KB | Audio |
| Phish_Dave Mathews Band - Sexual Healing .mp3 | Phish_DMB | 2,341KB | Audio |
| Phish - 09 - The Landlady .mp3 | Phish | 2,746KB | Audio |
| Phish - 12-7-97 - Tube.mp3 | Phish | 11,844KB | Audio |
| Phish - 500 Miles.mp3 | Phish | 2,090KB | Audio |
| Phish - Catapult.mp3 | phish | 502KB | Audio |
| Phish - Bathtub Gin.mp3 | Phish | 4,210KB | Audio |
| Phish - Billy Breathes.mp3 | Phish | 2,480KB | Audio |
| Phish - Bliss.mp3 | Phish | 1,933KB | Audio |
| phish - blister in the sun (1).mp3 | phish | 1,118KB | Audio |
| Phish - Cavern.mp3 | Phish | 4,128KB | Audio |
| Phish - Contact.mp3 | Phish | 6,278KB | Audio |
| Phish - Disc 5 - 05 - Guyute.mp3 | Phish | 9,765KB | Audio |
| Phish- Disc 6 - 04 - The Wedge.mp3 | Phish | 5,562KB | Audio |
| Phish - Disc 6 - 09 - WeekapaugGroove.mp3 | Phish | 13,956KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

New search    My Kazaa    Download    Theater    Search    Traffic    Shop    Tell A Friend

Web    Search Field

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| 2 Users |  |  |  |
| Phish - Disc 6 - 09 - Weekapaug Groove.mp3 | Phish | 13,958KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Down With Disease.mp3 | Phish | 3,396KB | Audio |
| ddddffrfghkgfdawerty.u56@... | phish - driver.mp3 | Phish | 3,792KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Esther.mp3 | Phish | 8,814KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Glide.mp3 | Phish | 3,960KB | Audio |
| ddddffrfghkgfdawerty.u56@... | phish - guyute 2.mp3 | Phish | 5,938KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Heavy Things.mp3 | Phish | 3,626KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Junta - Disc 1 - 04 - Golgi Apparatus.mp3 | Phish | 4,363KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Junta - Disc 1 - 06 - Dinner And A Movie.mp3 | Phish | 3,486KB | Audio |
| ddddffrfghkgfdawerty.u56@... | phish - lifeboy.mp3 | Phish | 6,466KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Limb By Limb.mp3 | Phish | 5,360KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Lizards.mp3 | Phish | 4,752KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Magilla.mp3 | Phish | 2,599KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Marijuana.mp3 | Phish | 4,656KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Prep School Hippie (1).mp3 | Phish | 6,013KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Rift - 11 - Mound.mp3 | Phish | 4,242KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Roggae.mp3 | Phish | 3,504KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Sabotage (Live_Beastie Boys cover).mp3 | beasty boyz | 2,228KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Sample in a Jar.mp3 | Phish | 4,361KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Shafty.mp3 | Phish | 3,317KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Simpsons Theme » David Bowie.mp3 | Phish | 5,335KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Stash.mp3 | Phish | 5,056KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Steep.mp3 | Phish | 1,540KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Suzy Greenberg.mp3 | Phish | 5,024KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Talk.mp3 | Phish | 2,968KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - The Story Of The Ghost - 08 - Frankie Says.mp3 | Phish | 2,920KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Theme From The Bottom.mp3 | Phish | 5,978KB | Audio |
| ddddffrfghkgfdawerty.u56@... | phish - Wading in the Velvet sea.mp3 | Phish | 1,215KB | Audio |
| ddddffrfghkgfdawerty.u56@... | Phish - Wasting Time.mp3 | Phish | 4,519KB | Audio |
| ddddffrfghkgfdawerty.u56@... | phish - .... | Phish | ..... | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search | Search Field

Found 1927 Files

| Ref | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| ddddfffghkgfdawertyu56@… | Phish - Wasting Time.mp3 | Phish | 4,519KB | Audio | |
| ddddfffghkgfdawertyu56@… | Phish --Tela.mp3 | Phish | 12,916KB | Audio | |
| ddddfffghkgfdawertyu56@… | Phish Waste your time with me.mp3 | Phish | 3,399KB | Audio | |
| ddddfffghkgfdawertyu56@… | Phish- Train Song.mp3 | Phish | 2,406KB | Audio | |
| ddddfffghkgfdawertyu56@… | Phish- White Album (17) Jul.mp3 | Phish | 2,602KB | Audio | |
| ddddfffghkgfdawertyu56@… | phish-darkside of the#D54.mp3 | phish | 5,902KB | Audio | da |
| ddddfffghkgfdawertyu56@… | Pink Floyd - A Great Day for Freedom.mp3 | Pink Floyd | 4,049KB | Audio | A Gre |
| ddddfffghkgfdawertyu56@… | Pink Floyd - Dark Side Of The Moon.mp3 | Pink Floyd | 2,856KB | Audio | Darl |
| ddddfffghkgfdawertyu56@… | pink floyd - we don't need no education.mp3 | Pink Floyd | 3,212KB | Audio | We Dont |
| ddddfffghkgfdawertyu56@… | Pop Rock - Emerging Artists.kpl | Jay Quinn Band | 0KB | Audio | Pop Rocl |
| ddddfffghkgfdawertyu56@… | Porn - Jenna Jameson Lesbian Sex - keep - Anal Upskirt Ad… | Unknown | 5,119KB | Video | 'orn - Jenna Jameson Lesbian Sex |
| ddddfffghkgfdawertyu56@… | Primus - Mr. Krinkle.mp3 | Primus | 2,536KB | Audio | |
| ddddfffghkgfdawertyu56@… | primus - detachable penis.mp3 | Primus | 2,738KB | Audio | |
| ddddfffghkgfdawertyu56@… | Primus - Grandad's Little Ditty.mp3 | Primus | 587KB | Audio | Gr |
| ddddfffghkgfdawertyu56@… | Primus - Kalamazoo.mp3 | Primus | 3,298KB | Audio | |
| ddddfffghkgfdawertyu56@… | primus - my name is mudd.mp3 | Primus | 3,335KB | Audio | |
| ddddfffghkgfdawertyu56@… | Primus - Pork Soda - 10 - The Pressman.mp3 | Primus | 4,865KB | Audio | |
| ddddfffghkgfdawertyu56@… | Primus - Seas of Cheese.mp3 | Primus | 658KB | Audio | |
| ddddfffghkgfdawertyu56@… | RB - Emerging Artists.kpl | Unknown | 0KB | Audio | RE |
| ddddfffghkgfdawertyu56@… | Radiohead - 02 - The Amazing Sounds of Orgy.mp3 | Radiohead | 3,388KB | Audio | The Amazi |
| ddddfffghkgfdawertyu56@… | Radiohead - 07 - Morning Bell-Amnesiac.mp3 | Radiohead | 4,553KB | Audio | |
| ddddfffghkgfdawertyu56@… | Radiohead - Amnesiac - 07 - True Love Waits.mp3 | Radiohead | 4,690KB | Audio | |
| ddddfffghkgfdawertyu56@… | radiohead - coke babies.mp3 | Radiohead | 2,790KB | Audio | |
| ddddfffghkgfdawertyu56@… | Radiohead - Last Flowers to the Hospital.mp3 | Radiohead | 3,287KB | Audio | |
| ddddfffghkgfdawertyu56@… | Radiohead - Pyramid Song (3).mp3 | Radiohead | 4,203KB | Audio | |
| ddddfffghkgfdawertyu56@… | Radiohead - The Bends (Original Demo).mp3 | Radiohead | 4,540KB | Audio | The ber |
| ddddfffghkgfdawertyu56@… | Radiohead - You And Whose Army-.mp3 | Radiohead | 2,908KB | Audio | You |
| ddddfffghkgfdawertyu56@… | Radiohead -NEW- from Amnesiac - Static.mp3 | Radiohead | 4,918KB | Audio | |
| ddddfffghkgfdawertyu56@… | Rage Against the Machine - Fuck The Police.mp3 | Rage Against The Machine | 3,851KB | Audio | |
| ddddfffghkgfdawertyu56@… | Rage Against the Machine - Take The Ri… | Rage Against the Machine | 3,730KB | Audio | |

2,523,898 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download

Search Field

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| Rage Against the Machine - Fuck The Police.mp3 | Rage Against The Machine | 3,851KB | Audio |
| Rage Against the Machine - In My Eyes.mp3 | Rage Against the Machine | 2,730KB | Audio |
| Remember the Fallen.mp3 | Diecast | 5,372KB | Audio |
| Rift - Phish - 08 - My Friend, My Friend.mp3 | Phish | 7,221KB | Audio |
| Ruben Studdard - Flying Without Wings.mp3 | Ruben Studdard | 4,340KB | Audio |
| Selena - Missing My Baby.mp3 | Selena | 1,544KB | Audio |
| Selena - Bidi Bidi Bom Bom (1).mp3 | Selena | 2,463KB | Audio |
| Simple Man - 10.mp3 | Lynyrd Skynyrd | 5,578KB | Audio |
| Slip Away - 16.mp3 | Clarence Carter | 2,382KB | Audio |
| Smashing Pumpkins - Hummer.mp3 | Smashing Pumpkins | 6,523KB | Audio |
| Smashing Pumpkins - Rocket.mp3 | Smashing Pumpkins | 3,856KB | Audio |
| Smashing Pumpkins - Silverfuck - Siamese Dream - 11.mp3 | Smashing Pumpkins | 4,100KB | Audio |
| Smashing Pumpkins - Sweet Sweet.mp3 | Smashing Pumpkins | 1,544KB | Audio |
| Smashing Pumpkins - Tristessa.mp3 | Smashing Pumpkins | 3,336KB | Audio |
| Smashing Punkins - Todale.mp3 | Smashing Pumpkins | 2,629KB | Audio |
| Snail.mp3 | Smashing Pumpkins | 4,862KB | Audio |
| sneakerpimps - low place like home.mp3 | CSN | 3,040KB | Audio |
| Something in the Air - 17.mp3 | Thunderclap Newman | 3,658KB | Audio |
| Soundgarden - 4th of July.mp3 | Soundgarden | 4,818KB | Audio |
| Soundgarden - Cop Killer (Body Count cover).MP3 | Soundgarden | 3,570KB | Audio |
| Spice Girls - Two become one.mp3 | Spice Girls | 3,346KB | Audio |
| Spicegirls - Wannabe.mp3 | Spice Girls | 2,361KB | Audio |
| St. Lou.mp3 | Nelly | 4,180KB | Audio |
| Stef - Cheerleading - Theme - Smurfs (Techno Mix).mp3 | A | 816KB | Audio |
| Stone Temple Pilots - Pretty Penny (Live-Acoustic).mp3 | Stone Temple Pilots | 4,093KB | Audio |
| Sublime - 14_Pool_Shark.mp3 | Sublime | 1,664KB | Audio |
| Sublime - Acoustic Bradley Nowell_Friends - 05 - Mary.mp3 | Sublime | 4,640KB | Audio |
| Sublime - Bad Fish.mp3 | Sublime | 1,508KB | Audio |
| Sublime - Get Ready.mp3 | Sublime | 4,544KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New search  Download  Search Field

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| Sublime - Get Ready.mp3 | Sublime | 4,544KB | Audio |
| Sublime - Same In The End.mp3 | Sublime | 2,446KB | Audio |
| Sublime - Self Titled - 07 - Seed.mp3 | Sublime | 2,000KB | Audio |
| Sublime - Smokin' Marijuana (1) (1).mp3 | Nas | 2,863KB | Audio |
| Sublime - Sublime - 16 - What I Got (Reprise).mp3 | Sublime | 2,840KB | Audio |
| sublime 1.kpl | Sublime | 1KB | |
| Sublime - Jailhouse (Acoustic Live) (1).mp3 | Sublime | 3,170KB | Audio |
| sublime.kpl | Sublime | 1KB | |
| Suffer.mp3 | Smashing Pumpkins | 4,862KB | Audio |
| swisha house - slim thug -- shine freestyle.mp3 | Shine | 1,182KB | Audio |
| sylvia - Cry Just A Little.mp3 | Sylva | 2,819KB | Audio |
| Tap Root - Shudder.mp3 | Taproot | 3,208KB | Audio |
| Tell Me What You Want.mp3 | Spice Girls | 2,677KB | Audio |
| the beatles - elanor rigby.mp3 | The Beatles | 1,939KB | Audio |
| The Cream Of Clapton - Eric Clapton - I Shot The Sheriff.m... | Eric Clapton | 3,071KB | Audio |
| The Guess Who - No Sugar Tonight.mp3 | Guess Who | 3,426KB | Audio |
| the white stripes - Expecting.mp3 | White Stripes | 1,449KB | Audio |
| The White Stripes-ELEPHANT-ADVANCE VINYL-Black Math.... | White Stripes | 2,853KB | Audio |
| The Who - My Generation.mp3 | The Who | 2,338KB | Audio |
| The Who - Teenage Waste land.mp3 | The Who | 1KB | |
| The Who - We Won't Get Fooled Again.mp3 | The Who | 1,823KB | Audio |
| The Who -15 - Go to the Mirror.mp3 | The Who | 8,024KB | Audio |
| The Wind - 15.mp3 | Cat Stevens | 3,598KB | Audio |
| Third.kpl | Paolo and Isabella | 1,578KB | Audio |
| Those Damn Blue Collar Tweekers.mp3 | Primus | 1KB | |
| Tool - (live) - Jimmy.mp3 | Tool | 4,994KB | Audio |
| Tool - 4 Degrees.mp3 | Tool | 4,765KB | Audio |
| Tool - AEnima - 08 - Intermission.mp3 | Tool | 5,682KB | Audio |
| Tool - Aenima.mp3 | Tool | 886KB | Audio |

Found 1927 files

2,523,898 users online, sharing 459,231,413 files (3,952,320 GB)    Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| Tool - Aenima.mp3 | Tool | 6,243KB | Audio |
| Tool - Hernion.mp3 | Tool | 5,738KB | Audio |
| Tool - M---.mp3 | Tool | 3,864KB | Audio |
| Tool - Ong (rare live).mp3 | Tool | 923KB | Audio |
| Tool - PushIt.mp3 | Tool | 9,308KB | Audio |
| Tool - Sober (Extremely Rare Remix).mp3 | a | 6,165KB | Audio |
| Tool - undertow - 09 - flood.mp3 | Tool | 2,560KB | Audio |
| tool.kpl | Tool | 1KB | |
| Tool_Stranglehold.mp3 | Tool | 2,253KB | Audio |
| Travis (radiohead cover) - fake plastic trees.mp3 | Radiohead | 4,608KB | Audio |
| Trey Anastasio (Phish) - Ooh Child.MP3 | Trey Anastasio (Phish) | 5,532KB | Audio |
| unwanted.mp3 | Avril Lavigne | 1,768KB | Audio |
| Vanessa Carlton - More than wanted (2).mp3 | Vanessa Carlton | 3,776KB | Audio |
| Vanessa Carlton_BMI(5).mp3 | Vanessa Carlton | 1,072KB | Audio |
| Waiting In Vain(rock).mp3 | Bob Marley | 5,985KB | Audio |
| Weezer - I Want A Girl.mp3 | Weezer | 3,268KB | Audio |
| Weezer - Yellow Camaro.mp3 | Weezer | 1,870KB | Audio |
| weezer-Surf Wax America.MP3 | Weezer | 2,913KB | Audio |
| white strips - hello operator.mp3 | White Stripes | 1,895KB | Audio |
| who - I can see for miles and miles.mp3 | The Who | 4,108KB | Audio |
| Who - Squeeze Box.mp3 | The Who | 1,918KB | Audio |
| whoohoo.kpl | Lizzie McGuire (Hilary Duff) | 3KB | |
| you dont mean anything.kpl | Simple Plan | 0KB | |
| Z-Metallica - I Disappear- Mission Impossible 2.mp3 | Metallica | 2,972KB | Audio |
| ~$ghway hardon.doc | Unknown | 0KB | Document |
| amanda.avi | amatuer | 7,678KB | Video |
| silvia saint lesbio then anal threesome (1)_0.mpg | kinky rough sex | 5,127KB | Video |
| high school gym orgy.mpg | sex | 5,528KB | Video |
| non huy - old rock don blowich mon | Alice In Chains | 4,042KB | Audio |

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search   Search Field

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| Alice In Chains - Nutshell.mp3 | Alice In Chains | 4,042KB | Audio |
| porn tape - girl next door blowjob.mpg | solarium | 1,370KB | Video |
| PromoOnly_JessicaSimpsonSweeteat5in.mp3 | Jessica Simpson | 3,569KB | Audio |
| Janis Joplin - Son of a Preacher Man.mp3 | Janis Joplin | 2,281KB | Audio |
| Janis Joplin - Me And Bobby McGee.mp3 | Janis Joplin | 4,269KB | Audio |
| Beatles - I Will.mp3 | The Beatles | 1,656KB | Audio |
| 69 Boyz - Let Me Ride That Donkey.mp3 | 69 Boyz | 4,118KB | Audio |
| Beatles - Let It Be.mp3 | The Beatles | 3,631KB | Audio |
| Avril Lavigne - Let Go - 03 - Skater Boy.MP3 | Avril Lavigne | 3,191KB | Audio |
| Avril Lavigne - Let Go - 08 - Anything But Ordinary.MP3 | Avril Lavigne | 3,936KB | Audio |
| Avril Lavigne - Complicated.mp3 | Avril Lavigne | 3,836KB | Audio |
| Avril Lavigne - Let Go - 07 - Tomorrow.wma | Avril Lavigne | 1,807KB | Audio |
| Avril Lavigne - Let Go - 10 - My World.wma | Avril Lavigne | 1,657KB | Audio |
| 12_Avril_Lavigne_Let_Go_Too_Much_To_Ask.mp3 | Avril Lavigne | 3,531KB | Audio |
| Avril Lavigne - Let Go - 11 - Nobody's Fool.wma | Avril Lavigne | 1,892KB | Audio |
| Avril Lavigne - Let Go - 04 - I'm With You.MP3 | Avril Lavigne | 3,499KB | Audio |
| Avril Lavigne - Let Go - 09 - Things I'll Never Say.MP3 | Avril Lavigne | 3,503KB | Audio |
| 17-justin_timberlake_ft_50_cent-cry_me_a_river(remix)-... | Justin Timberlake Ft. 50 ... | 4,241KB | Audio |
| Alice In Chains - Rooster.mp3 | Alice In Chains | 5,127KB | Audio |
| 20-justin_timberlake_feat.wma | 50 Cent | 2,457KB | Audio |
| Beatles - Lucy In The Sky With Diamonds.mp3 | Alice In Chains | 3,993KB | Audio |
| Alice In Chains - No Excuses.mp3 | The Beatles | 1,630KB | Audio |
| Alice_in_chains-whale_wasp.mp3 | Alice In Chains | 4,098KB | Audio |
| 03 - Britney Spears - I'm Not A Girl (1).mpga | Alice In Chains | 2,433KB | Audio |
| 08 - _Cinderella.mp3 | Britney Spears | 1,313KB | Audio |
| (Phish) - If I Could, I Would.mp3 | Britney Spears | 4,365KB | Audio |
| 5 Sublime - Big Salty Tears (Acoustic).mp3 | Phish | 2,922KB | Audio |
| Beatles - Magical Mystery Tour.mp3 | Sublime | 2,168KB | Audio |
| ddddffrfrghkgfdawerty.u56@... | The Beatles | 2,665KB | Audio |

2 Users

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

New search | Download | Theater | Search | Traffic | Shop | Tell A Friend

Web | My Kazaa | Search Field

| Filename | Artist | Size | Media Type | |
|---|---|---|---|---|
| 2 Users | | | | |
| Beatles - Magical Mystery Tour.mp3 | The Beatles | 2,665KB | Audio | Me |
| B'Witched - Hey Mickey! (Bring It On Soundtrack) (2).mp3 | Movie Songs | 3,187KB | Audio | B'Witched - Hey Mickey! (Bring It |
| Al-JarFiles07_Swing On This.mp3 | Alice In Chains | 3,820KB | Audio | |
| Alice In Chains - Got Me Wrong.mp3 | Alice In Chains | 3,929KB | Audio | |
| Beatles - Oh! Darling.mp3 | The Beatles | 3,214KB | Audio | |
| Beatles - Penny Lane.mp3 | The Beatles | 2,845KB | Audio | |
| Beatles - Rocky Raccoon.mp3 | The Beatles | 3,457KB | Audio | |
| Beatles - Sgt. Pepper's Lonely Hearts Club Band.mp3 | The Beatles | 1,908KB | Audio | Sgt. Pepper's Lonel |
| Avril Lavigne - Let Go - 01 - Losing Grip.MP3 | Avril Lavigne | 3,646KB | Audio | |
| BBMak - Out Of My Heart(Into Your Head) http welcome to... | BBMack | 3,916KB | Audio | Out Of My Hear |
| BB Mac - Still On Your Side.mp3 | BBMak | 3,654KB | Audio | |
| 50 Cent - I Smell Pussy.(3a RuR, Irv, Chuck B, Ashanti Diss. | 50 Cent | 6,504KB | Audio | |
| Beatles - Strawberry Fields Forever.mp3 | The Beatles | 3,872KB | Audio | Strawb |
| 10 - Green Disease.mp3 | Pearl Jam | 2,520KB | Audio | |
| 09 - Get Right.mp3 | Pearl Jam | 2,479KB | Audio | |
| 05 - Ghost.mp3 | Pearl Jam | 3,049KB | Audio | |
| 11) helphelp.mp3 | Pearl Jam | 3,362KB | Audio | |
| 07-thumbing my way.mp3 | Pearl Jam | 4,086KB | Audio | |
| Backstreet Boys - Show Me The Meaning Of Being Lonely..... | Backstreet Boys | 3,690KB | Audio | Show Me The Meani |
| Beatles - Taxman.mp3 | The Beatles | 2,469KB | Audio | |
| 04 - Crop Duster.mp3 | Pearl Jam | 3,624KB | Audio | |
| Beatles - The Beatles (White Album) Disc 1 - 03 - Glass Oni... | The Beatles | 2,155KB | Audio | |
| Beatles - The Continuing Story Of Bungalow Bill.mp3 | The Beatles | 3,032KB | Audio | The Continuing Sto |
| Backstreet Boys - Shape of My Heart.mp3 | BACKSTREET BOYS | 3,497KB | Audio | |
| Beatles - The Fool On The Hill (1).mp3 | The Beatles | 2,741KB | Audio | |
| 2 Users | | | | |
| 05 - 50 Cent - Places To Go.mp3 | 8 Mile Soundtrack | 5,979KB | Audio | 50 C |
| Backstreet Boys - What Makes You Different (Makes You B... | Backstreet Boys | 3,364KB | Audio | What Makes You Different (M. |
| ATOMIC KITTEN - TIDE IS HIGH.mp3 | Atomic Kitten | 3,218KB | Audio | Tide Is F |
| 17-lucy_woodward-dumb_girls-aaf.mp3 | Lucy Woodward | 5,163KB | Audio | |

Found 1927 Files | 2,523,898 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

New search | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

Download | Search Field

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| 17-lucy_woodward-dumb_girls-asf.mp3 | Lucy Woodward | 5,163KB | Audio |
| (07) Eminem - Soldier.mp3 | Eminem | 1,768KB | Audio |
| 04_Cameltoe (1).mp3 | Fanny Pack | 4,184KB | Audio |
| 8 Mile -( Soundtrack )- 16 - Run Rabbit Run (Eminem).mp3 | 8 Mile Soundtrack | 4,505KB | Audio |
| 02 - Radio head - Kid A - Kid A.mp3 | Radiohead | 4,536KB | Audio |
| 12-b-rabbit_vs_papa_doc-final_battle_(papa_doc_chokes)... | B-Rabbit VS Papa Doc | 2,452KB | Audio |
| 13-eminem_-_8_mile_road (1).mp3 | Eminem | 2,948KB | Audio |
| 04 - Obie Trice - Adrenaline Rush.mp3 | 8 Mile Soundtrack | 5,368KB | Audio |
| 15 - What If I Was White.mp3 | Eminem | 3,373KB | Audio |
| 8 miles and runnin - 8 MILE - Eminem - Datheads.mp3 | Jay-Z | 3,884KB | Audio |
| Beatles - Day Tripper.mp3 | The Beatles | 2,680KB | Audio |
| 50 Cent - Wangsta.mp3 | 50 Cent | 3,179KB | Audio |
| 03-eminem-8_mile-lb.mp3 | Eminem | 8,453KB | Audio |
| Beatles - I Want To Hold Your Hand.mp3 | The Beatles | 2,006KB | Audio |
| Beatles - Hey Jude.mp3 | The Beatles | 6,696KB | Audio |
| Alvin Lee - Goin' Home- Woodstock 1969.mp3 | Alvin Lee | 9,469KB | Audio |
| Beatles - White Album - 01 - 07 - While My Guitar Guitar Ge... | The Beatles | 4,440KB | Audio |
| Beatles - With A Little Help From My Friends.mp3 | The Beatles | 1,121KB | Audio |
| 2pac - Thug Mansion.mp3 | Tupac | 3,316KB | Audio |
| Beatles - Here Comes The Sun.mp3 | The Beatles | 2,931KB | Audio |
| Beatles - Drive My Car.mp3 | The Beatles | 2,346KB | Audio |
| Beatles - Come Together (1).mp3 | The Beatles | 3,969KB | Audio |
| 10 Beatles - Baby You're A Rich Man.mp3 | The Beatles | 3,589KB | Audio |
| 01-50_cent-in_da_club_(dirty).mp3 | 50 Cent | 3,447KB | Audio |
| 04-ll_cool_j-paradise_ft_amerie.mp3 | LL Cool J | 4,299KB | Audio |
| 11-50_cent-pimp-rns (1).mp3 | 50 Cent | 5,848KB | Audio |
| Beck - 2002 - Sea Change - 12 - Side Of The Road.mp3 | Beck | 3,186KB | Audio |
| 50 cents - Nobody Likes Me.mp3 | 50 Cent | 3,040KB | Audio |
| 12 - Fish On - Primus - Sailing The Sea Of Cheese.mp3 | Primus | 7,358KB | Audio |

2,523,898 users online, sharing 459,251,413 files (3,952,320 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Web

Search Field

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| 12 - Fish On - Primus - Sailing The Sea Of Cheese.mp3 | Primus | 7,338KB | Audio |
| 04 - Phish Round Room - Mexican Cousin.mp3 | Phish | 4,838KB | Audio |
| 01 - Pebbles and Marbles.mp3 | Phish | 16,063KB | Audio |
| 09 - All Of These Dreams.mp3 | Phish | 5,742KB | Audio |
| 11 - Phish Round Room - Thunderhead.mp3 | Phish | 4,670KB | Audio |
| 50 Cent feat B.I.G - Niggaz.mp3 | 50 Cent | 3,322KB | Audio |
| 16 - This Protector - The White Stripes (1).mp3 | White Stripes | 2,035KB | Audio |
| Alice In Chains - I Stay Away (1).mp3 | Alice In Chains | 3,975KB | Audio |
| Beatles - Blackbird.mp3 | The Beatles | 2,161KB | Audio |
| Beatles - Honey Pie.mp3 | The Beatles | 2,514KB | Audio |
| Beatles - Happy Birthday.mp3 | The Beatles | 2,553KB | Audio |
| Beatles - I Am The Walrus.mp3 | The Beatles | 4,293KB | Audio |
| Beatles - All You Need Is Love.mp3 | The Beatles | 3,569KB | Audio |
| 1973 - 062 - Elton John - Goodbye Yellow Brick Road.mp3 | Elton John | 3,033KB | Audio |
| Alice In Chains - Them Bones.mp3 | Alice In Chains | 2,336KB | Audio |
| Alice In Chains - Man In The Box.mp3 | Alice In Chains | 4,478KB | Audio |
| Alice In Chains - Heaven Beside You.mp3 | Alice In Chains | 5,128KB | Audio |
| Alice In Chains - Down In A Hole.mp3 | Alice In Chains | 5,284KB | Audio |
| Alice In Chains - Get Born Again.mp3 | Alice In Chains | 5,095KB | Audio |
| Alice N Chains-Down In a Hole-Unplugged(Live).mp3 | Alice In Chains | 5,397KB | Audio |
| Alice In Chains - Rain When I Die.mp3 | Alice In Chains | 5,656KB | Audio |
| Alice In Chains - Grind.mp3 | Alice In Chains | 4,455KB | Audio |
| Alice In Chains - Again.mp3 | Alice In Chains | 3,830KB | Audio |
| Alice In Chains - Angry Chair.mp3 | Alice In Chains | 4,484KB | Audio |
| 03. Missy Elliot - Gossip Folks.mp3 | Missy Eliot Ft. Ludacris | 2,750KB | Audio |
| Beck - End Of The Day.mp3 | Beck | 2,375KB | Audio |
| (12) Lil Kim - Magic Stick (ft. 50 Cent).wma | 50 Cent | 3,552KB | Audio |
| Ashanti - Rock With U.MP3 | Ashanti | 3,314KB | Audio |
| 14 - Faith Hill - You're Still Here.mp3 | Faith Hill | 4,677KB | Audio |
| Alice In Chains - Rooster Annle.mp3 | Alice In Chains | 2,510KB | Audio |

User column: New search, ddddifffghkgfddwerty u56@..., etc.

**Kazaa - [Search]**

New search | Download | Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| 14 - Faith Hill - You're Still Here.mp3 | Faith Hill | 4,677KB | Audio |
| Alice In Chains - Rotten Apple.mp3 | Alice In Chains | 6,518KB | Audio |
| artist - Track 08_092220145.mp3 | Beck | 5,169KB | Audio |
| Artist - White Trash Wedding.mp3 | Dixie Chicks | 2,209KB | Audio |
| 08 - Dixie Chicks - Home - I believe in love.mp3 | Dixie Chicks | 3,952KB | Audio |
| Alice In Chains - Sea Of Sorrow.mp3 | Alice In Chains | 5,466KB | Audio |
| Alice In Chains - Would-.mp3 | Alice In Chains | 3,499KB | Audio |
| Alice in Chains - Angry Chair (Unplugged).mp3 | Alice in Chains | 4,316KB | Audio |
| 40 oz - Sublime - 40oz. to freedom.mp3 | Sublime | 2,144KB | Audio |
| Beatles - Hello Goodbye.mp3 | The Beatles | 3,279KB | Audio |
| Beck - Golden Age.mp3 | Beck | 4,322KB | Audio |
| Beck - Guess I'm Doin' Fine.mp3 | Beck | 4,566KB | Audio |
| 02-missy_elliot-gossip_folks_ft_ludacris-(www.Mp3s.4-all... | Missy Elliot | 3,696KB | Audio |
| (emo) Keepsake - 8 months till may.mp3 | Keepsake | 3,763KB | Audio |
| Amanda Perez - Angel.mp3 | Amanda Perez | 3,443KB | Audio |
| Amanda Perez - Angel (1).mp3 | Amanda Perez | 3,443KB | Audio |
| (Amanda Perez)-1 Like It.mp3 | Amanda Perez | 4,016KB | Audio |
| Beck - Little One.mp3 | Beck | 4,172KB | Audio |
| A Perfect Circle - The Hollow.mp3 | A Perfect Circle | 2,743KB | Audio |
| A Perfect Circle - Judith.mp3 | A Perfect Circle | 3,801KB | Audio |
| A Perfect Circle - Magdalena.mp3 | A Perfect Circle | 3,810KB | Audio |
| A Perfect Circle - Thinking Of You.mp3 | A Perfect Circle | 4,243KB | Audio |
| A Perfect Circle - 03 - Rose.mp3 | A Perfect Circle. | 4,784KB | Audio |
| A Perfect Circle - Wake the Dead.mp3 | A Perfect Circle | 3,467KB | Audio |
| A Perfect Circle - Thomas.mp3 | A Perfect Circle | 3,265KB | Audio |
| A Perfect Circle - Ashes To Ashes (1).mp3 | A Perfect Circle | 3,782KB | Audio |
| A Perfect Circle - Over.mp3 | The Strokes | 2,199KB | Audio |
| A Perfect Circle - Orestes.mp3 | A Perfect Circle. | 4,508KB | Audio |
| A Perfect Circle - Brena.mp3 | A Perfect Circle | 4,134KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

New search | Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| ddddffghkgfdawerty.u56@... | A Perfect Circle - Brena.mp3 | A Perfect Circle | 4,134KB | Audio |
| ddddffghkgfdawerty.u56@... | A Perfect Circle - Renholder.mp3 | A Perfect Circle | 2,260KB | Audio |
| ddddffghkgfdawerty.u56@... | 01-zwan-lyric-bpm.mp3 | Zwan | 4,636KB | Audio |
| ddddffghkgfdawerty.u56@... | ashanti_ft_nas_jarule-01-the_pledge(dirty)-xxl.mp3 | Ashanti Ft Nas Ja Rule | 3,694KB | Audio |
| ddddffghkgfdawerty.u56@... | Beck - Loser.mp3 | Beck | 3,667KB | Audio |
| ddddffghkgfdawerty.u56@... | Beck - Lost Cause.mp3 | Beck | 3,625KB | Audio |
| ddddffghkgfdawerty.u56@... | 12-50_cent-heat-xmk.mp3 | 50 Cent ft. Eminem_DC | 4,192KB | Audio |
| ddddffghkgfdawerty.u56@... | Beck - Sea Change - 05 - Strange Invitation.mp3 | Beck | 3,852KB | Audio |
| ddddffghkgfdawerty.u56@... | 0 - S.T.P. - Vaseline.mp3 | Stone Temple Pilots | 2,747KB | Audio |
| ddddffghkgfdawerty.u56@... | (06) Jennifer Lopez - All I Have ft Ll Cool J (1).wma | J Lo and LL COOL J | 2,513KB | Audio |
| ddddffghkgfdawerty.u56@... | 02-missy_elliott-gossip_folks_ft_ludacris-rns (1).mp3 | Missy Elliott ft. Ludacris | 2,335KB | Audio |
| ddddffghkgfdawerty.u56@... | 09 - _black_star-wos.mp3 | Radiohead | 5,741KB | Audio |
| ddddffghkgfdawerty.u56@... | 18 - _banana_co-wos.mp3 | Radiohead | 3,421KB | Audio |
| ddddffghkgfdawerty.u56@... | 03 - _blow_out-wos.mp3 | Radiohead | 4,432KB | Audio |
| ddddffghkgfdawerty.u56@... | 11 - _subterranean_homesick_alien-wos.mp3 | Radiohead | 6,317KB | Audio |
| ddddffghkgfdawerty.u56@... | alice in chains - real thing.mp3 | Alice In Chains | 3,801KB | Audio |
| ddddffghkgfdawerty.u56@... | 01-r_kelly-ignition_(remix).mp3 | R Kelly | 2,240KB | Audio |
| ddddffghkgfdawerty.u56@... | (Soundtrack Grease) - You're the One That I Want.mp3 | Grease | 2,662KB | Audio |
| ddddffghkgfdawerty.u56@... | Beatles - Back in the USSR.mp3 | The Beatles | 2,549KB | Audio |
| ddddffghkgfdawerty.u56@... | Beck - Sea Change - 06 - Nothing I Havent Seen.mp3 | Beck | 2,375KB | Audio |
| ddddffghkgfdawerty.u56@... | American Idol 2 Finalists - 06 - God Bless The U.S.A. (03-26-03)... | American Idol 2 Finalists | 2,522KB | Audio |
| ddddffghkgfdawerty.u56@... | B2K - Girlfriend.mp3 | B2K | 4,658KB | Audio |
| ddddffghkgfdawerty.u56@... | 06 - nelly - Pimp Juice.mp3 | nelly | 2,884KB | Audio |
| ddddffghkgfdawerty.u56@... | Backstreet Boys - Missing You.mp3 | Backstreet Boys | 4,140KB | Audio |
| ddddffghkgfdawerty.u56@... | 21 Questions (Featuring Nate Dogg).mp3 | 50 Cent | 3,508KB | Audio |
| ddddffghkgfdawerty.u56@... | 504 Boys - I Can Tell U Wanna Fuck feat. Mercedes.mp3 | 504 Boys | 3,375KB | Audio |
| ddddffghkgfdawerty.u56@... | 08 - Ludacris - Growing Pains - supermp3s.mp3 | Ludacris | 4,519KB | Audio |
| ddddffghkgfdawerty.u56@... | Backstreet Boys - Quit Playing Games With My Heart.mp3 | Backstreet Boys | 3,639KB | Audio |
| ddddffghkgfdawerty.u56@... | 17-b2k_feat._r_kelly-girlfriend_(remix)-wkt.mp3 | B2K Feat. R Kelly | 4,099KB | Audio |
| ddddffghkgfdawerty.u56@... | 19 the white stripes del into hove no fath in medicine | White Stripes | 4 coevo | Audio |

2 Users

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| 17-b2k_feat._r_kelly-girlfriend_(remix)-wcr.mp3 | B2K Feat. R Kelly | 4,099KB | Audio |
| 13-the_white_stripes-girl_you_have_no_faith_in_medicine... | White Stripes | 4,596KB | Audio |
| 08-50_cent-if_i_cant-rns.mp3 | 50 Cent | 4,609KB | Audio |
| (17) Busta Rhymes ft. Mariah Carey - Give it to Me.wma | Busta Rhymes ft. Mariah ... | 2,556KB | Audio |
| 001_Black Eyed Peas Feat._Justin Timberlake - Where is th... | Justin Timberlake | 1,803KB | Audio |
| Beck - Sea Change - 09 - Already Dead.mp3 | Beck | 2,826KB | Audio |
| Beck - Sea Change - [02] - Paper Tiger.mp3 | Beck | 4,243KB | Audio |
| Beck - Sea Change -07- It's All In Your Mind.mp3 | Beck | 2,740KB | Audio |
| Beck - Sunday Sun.mp3 | Beck | 4,445KB | Audio |
| Beetles - Imagine.mp3 | The Beatles | 2,874KB | Audio |
| 11-britney_spears-thats_where_you_take_me.mp3 | Britney Spears | 3,320KB | Audio |
| 12-britney_spears-what_its_like_to_be_me.mp3 | Britney Spears | 2,665KB | Audio |
| BeWitched - Rollercoaster.mp3 | B-witched | 3,127KB | Audio |
| (02) Eminem - White America.mp3 | Eminem | 2,556KB | Audio |
| 19-Eminem-My_Dads_Gone_Crazy-DMB.mp3 | Eminem | 4,175KB | Audio |
| 17 - Say What You Will feat Dr Dre.mp3 | Eminem feat Dr Dre | 4,972KB | Audio |
| 8 mile soundtrack - Eminem - 02 - Luv me.mp3 | Eminem, Obie Trice, 50 C... | 6,348KB | Audio |
| Led Zepplin-Houses of holy (1).mp3 | Led Zeplin | 3,815KB | Audio |
| Lee Greenwood - Proud To Be An American (1).mp3 | Lee Greenwood | 3,025KB | Audio |
| LeRtover Salmon - Whiskey Before Breakfast.mp3 | Jerry Garcia Band | 2,690KB | Audio |
| - Nanette Workman - Lady Marmelade.mp3 | Pink, Mya, Lil Kim,_Chris... | 2,964KB | Audio |
| 05-surfcolorado.mp3 | Bowling For Soup | 5,801KB | Audio |
| (Coldplay)-In My Place (New Album Version).mp3 | Coldplay | 3,604KB | Audio |
| Lil Moe - Superwoman feat Fabilous.mp3 | Lil Moe Feat Fabolous | 6,309KB | Audio |
| Audioslave - Like a Stone.mp3 | Audioslave | 4,538KB | Audio |
| Again on My Own.mp3 | White Snake | 4,335KB | Audio |
| Lil Kim feat. 50 Cent - Magic Stick.mp3 | Lil Kim feat. 50 Cent | 3,304KB | Audio |
| almost famous-crashin a party featuring n.o.r.e. d/ tedsm... | lumidee | 3,526KB | Audio |
| All Time Classic American Love Songs - American Idol - 03 - ... | Clay Aiken | 3,520KB | Audio |

Found 1927 files | 2,523,698 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

**Kazaa - [Search]**

_|&|X

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search    Download

Search Field

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| All Time Classic American Love Songs - American Idol - 03 -... | Clay Aiken | 3,520KB | Audio |
| Artist - SARAI LADIES (1) (1).mp3 | Sarai | 3,260KB | Audio |
| Artist - SARAI LADIES (1) (1).mp3 | Sarai | 3,260KB | Audio |
| 10-the_ataris-the_boys_of_summer-ph.mp3 | The Ataris | 6,065KB | Audio |
| Ashanti - Rock Wit U15.mp3 | Ashanti | 3,414KB | Audio |
| Ashanti - Rock Wit You (oh baby) (1).mp3 | Ashanti | 5,158KB | Audio |
| 01-pharell_feat.mp3 | 01-pharell_feat._Jay-z-fr... | 3,766KB | Audio |
| 01-thankful-the trouble with love is-kelly clarkson.mp3 | kelly clarkson | 1,201KB | Audio |
| 01-chingy-right_thur_(rmx)_(feat_trina_and_jermaine_du... | Chingy | 5,154KB | Audio |
| 07-r_kelly_ft_cammon_big_tigga-snake_remix-wcr (1).mp3 | R Kelly f/ Cam'ron | 3,040KB | Audio |
| 50 Cent f. Snoop Dogg - Pimp Remix.mp3 | 50 Cent feat. Snoop Dogg | 4,489KB | Audio |
| 10 korn - Life is peachy - No Place To Hide.mp3 | Korn | 3,307KB | Audio |
| Lil Wayne - Lights Out - 12 - Shine.mp3 | Shine (hot Boys) | 4,763KB | Audio |
| 04-pass that dutch-pass that dutch-missy elliott.mp3 | Missy Elliot | 4,085KB | Audio |
| Lion King - Be Prepared.mp3 | Lion King | 3,433KB | Audio |
| 2pac feat Notorious B.I.G.-Freestyle.mp3 | Tupac/Makaveli | 1,349KB | Audio |
| 2 Blind Lesbians in Bathroom.mpg | Jill Kelly_Jenna Jameson | 42,808KB | Video |
| 01 Santa Claus Lane.wma | Hilary Duff | 1,288KB | Audio |
| 08-50_cent_-young_buck-right_thur_freestyle-whoa.mp3 | 50 Cent_Young Buck | 2,720KB | Audio |
| 24-kelis_feat._pharrell-milkshake-wcr.mp3 | Kelis Feat. Pharrell | 4,003KB | Audio |
| 03-03 Elementryu.mp3 | G Unit (50 Cent, Tony Ya... | 3,393KB | Audio |
| 50 Cent - Freestyle (I Need A Girl 2).mp3 | 50 cent Ft Lloyd Banks ,... | 5,270KB | Audio |
| Lion King - Can You Feel the Love Tonight.mp3 | Lion King | 2,769KB | Audio |
| 50 Cent_G Unit - Ching Ching.mp3 | 50 Cent_G Unit | 1,478KB | Audio |
| B2K feat 50 Cent - Bump Bump Bump REmix.mp3 | B2K Ft 50 Cent | 5,846KB | Audio |
| 03-50_cent-patiently_waiting_(feat_eminem)-rns.mp3 | 50 Cent_G-Unit_Emin... | 6,772KB | Audio |
| 3LW - No More (1).mp3 | 3LW | 4,174KB | Audio |
| 17 - Stripped, Pt. 2.mp3 | Christina Aguilera | 725KB | Audio |
| 07 Love Embraces Interlude.mp3 | Christina Aguilera | 1,823KB | Audio |

2,523,698 users online, sharing 469,231,413 files (3,952,320 GB)    Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Help

New search   My Kazaa   Download   Theater   Search   Traffic   Shop   Tell A Friend

Web

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| dddddfifghkgfdawerty56@… | 07 Love Embraces Interlude.mp3 | Christina Aguilera | 1,823KB | Audio | Loves |
| dddddfifghkgfdawerty56@… | Almost Famous - Elton John - Tiny Dancer.mp3 | Elton John | 5,448KB | Audio | |
| dddddfifghkgfdawerty56@… | 3lw - playas gonna play.mp3 | 3LW | 3,794KB | Audio | |
| dddddfifghkgfdawerty56@… | 3LW - 3LW - 08 - Curious_y2ki.mp3 | 3LW | 4,526KB | Audio | |
| dddddfifghkgfdawerty56@… | Little Room.mp3 | White Stripes | 787KB | Audio | |
| dddddfifghkgfdawerty56@… | Liz Phair - 03 - Why Can't I (1).mp3 | Liz Phair | 4,887KB | Audio | |
| dddddfifghkgfdawerty56@… | liz phair - why cant I.mp3 | Liz Phair | 3,237KB | Audio | |
| dddddfifghkgfdawerty56@… | Lizzie McGuire (Hillary Duff) - What Dreams Are Made Of (2).. | Lizzie McGuire (Hillary Duff) | 3,786KB | Audio | Lizzy Mc… |
| dddddfifghkgfdawerty56@… | Lizzie Mcguire -Lizzy Mcguire Longer Theme (1) (1).mp3 | Disney_Movie Theme So… | 1,755KB | Audio | |
| dddddfifghkgfdawerty56@… | Lizzie bash feat. Franky J - Sugar sugar.mp3 | Baby Beesh_Frankie J | 3,444KB | Audio | |
| dddddfifghkgfdawerty56@… | LMNT - Open your Eyes (To Love) (2).mp3 | LMNT | 2,335KB | Audio | Open y |
| dddddfifghkgfdawerty56@… | 19_Stripped_Im_OK_FULL.mp3 | Christina Aguilera | 4,960KB | Audio | |
| dddddfifghkgfdawerty56@… | 19-christina_aguilera-im_ok-rns.mp3 | Christina Aguilera | 7,495KB | Audio | |
| 2 Users | 09 - Michelle branch - Breathe -21stcentury.mp3 | Michelle Branch | 4,965KB | Audio | |
| dddddfifghkgfdawerty56@… | S-Young Petite Ass Fucking.mpg | Full Length | 6,980KB | Video | Lose Yourself - Full VERSION |
| dddddfifghkgfdawerty56@… | Lose Yourself - Eminem .mp3 | Eminem | 5,184KB | Audio | We Wish You |
| dddddfifghkgfdawerty56@… | Alvin and the Chipmunks - We Wish You a Merry Christmas.. | Christmas Songs | 914KB | Audio | |
| dddddfifghkgfdawerty56@… | Lucky (thom Yorke Acoustic).mp3 | Radiohead | 3,684KB | Audio | |
| dddddfifghkgfdawerty56@… | 12 - Michelle Branch - Till I Get Over You.mp3 | Michelle Branch | 5,866KB | Audio | |
| dddddfifghkgfdawerty56@… | Lumidee - Oh- oh (1).wma | LUMIDEE | 3,440KB | Audio | |
| dddddfifghkgfdawerty56@… | 02 - Keith Urban - Somebody Like You (Album Version).mp3 | Keith Urban | 4,983KB | Audio | Love: |
| dddddfifghkgfdawerty56@… | 03 - Showdown.mp3 | Britney Spears | 4,694KB | Audio | |
| dddddfifghkgfdawerty56@… | Audio - Fine Arts Militia Album.kpl | Fine Arts Militia | 1KB | | Audio - Fin |
| dddddfifghkgfdawerty56@… | 06 - Toxic.mp3 | Britney Spears | 4,648KB | Audio | |
| dddddfifghkgfdawerty56@… | (08) Britney Spears - Touch Of My Hand.wma | Britney Spears | 2,579KB | Audio | Little Sindered… |
| dddddfifghkgfdawerty56@… | 7-Hilary Duff ~ Tell Me a Story (About the Night Before).m.. | Lil Romeo_Hillary Duff | 3,454KB | Audio | |
| dddddfifghkgfdawerty56@… | 05 - Tell Me a Story (About the Night Before).wma | Hilary Duff and Lil'Romeo | 1,745KB | Audio | Tell me a story (abou.. |
| dddddfifghkgfdawerty56@… | (09) Britney Spears - The Hook Up.wma | Britney Spears | 2,331KB | Audio | |
| dddddfifghkgfdawerty56@… | 14 - Don't Hang Up (1).mp3 | Britney Spears | 5,674KB | Audio | |

Search Field

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

New search   My Kazaa   Download   Theater   Search   Traffic   Shop   Tell A Friend

Search   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ddddffghkgfdawerty.u56@... | 14 - Don't Hang Up (1).mp3 | Britney Spears | 5,674KB | Audio |
| ddddffghkgfdawerty.u56@... | Audio - Public Enemy RevolveRution Album.kpl | Public Enemy | 3KB | Audio |
| ddddffghkgfdawerty.u56@... | 14.mpg | Videos | 717KB | Video |
| ddddffghkgfdawerty.u56@... | 2 Pac_Biggie - Runnin (LP).mp3 | 2 Pac | 3,619KB | Audio |
| ddddffghkgfdawerty.u56@... | Audio - The Honey Palace Album.kpl | The Honey Palace | 1KB | Audio |
| ddddffghkgfdawerty.u56@... | lumidee-almost famous-crashin a party featuring n.o.r.e. di.. | h | 2,209KB | Audio |
| ddddffghkgfdawerty.u56@... | Beyonce Knowles - In Da Club (remix).mp3 | Beyonce Knowles | 3,063KB | Audio |
| ddddffghkgfdawerty.u56@... | Beyonce Knowles feat Jay Z - Crazy In Love.mp3 | Beyonce Knowles f/ Jay-Z | 5,571KB | Audio |
| ddddffghkgfdawerty.u56@... | Beyoncé Knowles - Baby Boy (ft. Sean Paul).mp3 | Beyoncé Knowles | 5,362KB | Audio |
| ddddffghkgfdawerty.u56@... | BFS-1 dont wanna rock.mp3 | Bowling For Soup | 4,525KB | Audio |
| ddddffghkgfdawerty.u56@... | biggie - ready to die - 06 ready to die.mp3 | Notorious B.I.G. | 4,138KB | Audio |
| ddddffghkgfdawerty.u56@... | Biggie Smalls - Big PaPa.mp3 | Notorious B.I.G. | 3,936KB | Audio |
| ddddffghkgfdawerty.u56@... | Biggie Smalls - Juicy.mp3 | Biggie Smalls Nitorious BIG | 3,548KB | Audio |
| ddddffghkgfdawerty.u56@... | Biggie Smalls - Players Anthem.mp3 | Notorious B.I.G. | 3,884KB | Audio |
| ddddffghkgfdawerty.u56@... | Biggie Smalls - Respect.mp3 | Notorious B.I.G. | 5,021KB | Audio |
| ddddffghkgfdawerty.u56@... | 2 Users | | 3,196KB | Audio |
| ddddffghkgfdawerty.u56@... | biggie Smalls - Ten Crack Commandments.mp3 | Notorious B.I.G. | 3,482KB | Audio |
| ddddffghkgfdawerty.u56@... | Biggie Smalls - Warning.mp3 | Notorious B.I.G. | 5,017KB | Audio |
| ddddffghkgfdawerty.u56@... | Biggie Smalls - Who Shot Ya.mp3 | Notorious B.I.G. | 2,908KB | Audio |
| ddddffghkgfdawerty.u56@... | 2 Users | | 5,246KB | Audio |
| ddddffghkgfdawerty.u56@... | Biggy_Bigg Pappa.mp3 | Notorious B.I.G. | | |
| ddddffghkgfdawerty.u56@... | Billy Joel - Piano Man.mp3 | Billy Joel | 1,850KB | Audio |
| ddddffghkgfdawerty.u56@... | Billy Joel - Piano Man.mp3 | Bing Crosby | 4,504KB | Audio |
| ddddffghkgfdawerty.u56@... | Bing Crosby - We Wish You a Merry Christmas.mp3 | Eminem(Ft Dr. Dre, Snoop... | 3,558KB | Audio |
| ddddffghkgfdawerty.u56@... | Bitch Please II.mp3 | Black Eyed Peas Ft. Justin... | 4,752KB | Audio |
| ddddffghkgfdawerty.u56@... | Black Eyed Peas Ft. Justin Timberlake - Where Is The Love.... | Black Sabbath | 7,436KB | Audio |
| ddddffghkgfdawerty.u56@... | Black Sabbath - Sweet Leaf.mp3 | black sabbath | 2,800KB | Audio |
| ddddffghkgfdawerty.u56@... | Black Sabbath - Warpigs.mp3 | Black sabbath | 2,337KB | Audio |
| ddddffghkgfdawerty.u56@... | Black Sabbath - Ironman.mp3 | Black Sabbath | 3,961KB | Audio |
| ddddffghkgfdawerty.u56@... | Black Sabbath - Paranoid.mp3 | Blessed Union Of Souls | 4,189KB | Audio |
| ddddffghkgfdawerty.u56@... | Black Sabbath - Time Machine.mp3 | | | |
| ddddffghkgfdawerty.u56@... | Blessed Union of Souls - I Believe (2).mp3 | | | |

Case 3:04-cv-30164-MAP     Document 1-2     Filed 08/25/2004     Page 17 of 20

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

New search | Download | Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| Blessed Union of Souls - I Believe (2).mp3 | Blessed Union Of Souls | 4,189KB | Audio |
| BLINK 182 !!! NEW SONG UNRELEASED.mp3 | Blink 182 | 3,008KB | Audio |
| Blink 182 - Stay Together For The Kids.mp3 | Blink 182 | 2,186KB | Audio |
| bmw78-04-22d1t02.mp3 | Bob Marley_The Wailers | 6,772KB | Audio |
| bmw78-04-22d1t07.mp3 | Bob Marley_The Wailers | 5,748KB | Audio |
| bob dylan - brown eyed girl.mp3 | Van Morrison | 2,172KB | Audio |
| Bob Dylan - Hurricane.mp3 | Bob Dylan | 7,994KB | Audio |
| Bob Marley_Sublime - Do It Twice (rare).mp3 | Bob Dylan | 1,976KB | Audio |
| Bob Marley_the Wailers - Revolution (rare live england~... | Bob Marley | 5,344KB | Audio |
| Bob Marley - Buffalo Soldier.mp3 | Bob Marley | 4,022KB | Audio |
| Bob Marley - Concrete Jungle.mp3 | Bob Marley | 3,928KB | Audio |
| Bob Marley - Could You Be Loved.mp3 | Bob Marley | 3,669KB | Audio |
| Bob Marley - Dont Worry Be Happy.mp3 | Bob Marley | 3,661KB | Audio |
| Bob Marley - Everything's Gonna Be Alright.mp3 | Bob Marley | 2,821KB | Audio |
| Bob Marley - Get Up Stand Up.mp3 | Bob Marley | 3,075KB | Audio |
| Bob Marley - I Shot The Sheriff.mp3 | Bob Marley | 4,394KB | Audio |
| Bob Marley - Jammin.mp3 | Bob Marley | 3,090KB | Audio |
| Bob Marley - Mellow Mood (Original).mp3 | Bob Marley | 3,303KB | Audio |
| Bob Marley - No Woman No Cry.mp3 | Bob Marley | 3,818KB | Audio |
| Bob Marley - One Love.mp3 | Bob Marley | 2,625KB | Audio |
| Bob Marley - Redemption Song.mp3 | Bob Marley | 3,583KB | Audio |
| Bob Marley - Smoke Two Joints.mp3 | Bob Marley | 3,252KB | Audio |
| bob marley - smokin' pot.mp3 | Bob Marley - | 3,435KB | Audio |
| Bob Marley - Three Little Birds.mp3 | Bob Marley | 2,814KB | Audio |
| Bob Marley - Turn Your Lights Down Low.mp3 | Bob Marley | 3,381KB | Audio |
| Bob Seger - Here I Am, On The Road Again.mp3 | Bob Seeger | 4,747KB | Audio |
| Bob Wills_His Texas Playboys - Cotton Eyed Joe.mp3 | Bob Wills_His Texas Pla... | 1,642KB | Audio |
| Boiler Room Soundtrack - 50 Cents - That Ain't Gangsta.m... | 50 Cent Feat Sean Paul | 4,813KB | Audio |
| Bon Jovi- I'll Be There For You.mp3 | bon jovi | 5,337KB | Audio |
| Bon Jovi - Thank Vou - For Loving Me.mp3 | Bon Jovi | 4,022KB | Audio |

2,523,898 users online, sharing 459,231,413 files (3,952,320 GB)    Not sharing any files

**Kazaa - [Search]**

New search · Download · My Kazaa · Theater · Search · Traffic · Shop · Tell A Friend

Web · Search Field

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| Bon Jovi - I'll Be There For You.mp3 | bon jovi | 5,337KB | Audio |
| Bon Jovi - Thank You For Loving Me.mp3 | Bon Jovi | 4,827KB | Audio |
| Bone Thugz ft. Mariah - Breakdown.mp3 | Mariah Carey, Bone Thu... | 3,874KB | Audio |
| Boom, Boom I want you in My Room.mp3 | Venga Boys | 3,200KB | Audio |
| BOW WOW LET'S GET DOWN 104.mp3 | Bow Wow | 4,108KB | Audio |
| Bowling For Soup - 03 - Girl All The Bad Guys Want.mp3 | Bowling For Soup | 3,351KB | Audio |
| Bowling For Soup - Dance With You.mp3 | Bowling For Soup | 3,345KB | Audio |
| bowling for soup - Emily.mp3 | Bowling for Soup | 3,606KB | Audio |
| Bowling For Soup - Let's Do It for Johnny - You And Me.mp3 | Bowling For Soup | 3,846KB | Audio |
| bowling for soup - pictures he drew.mp3 | Bowling For Soup | 3,174KB | Audio |
| Bowling For Soup - Sucker Punch.mp3 | Bowling For Soup | 3,412KB | Audio |
| Bowling For Soup - The Bitch Song.mp3 | Bowling For Soup | 3,336KB | Audio |
| Boyz II Men - One Sweet Day.mp3 | Mariah Carey Boyz II Men | 1,929KB | Audio |
| Boyz II Men - It's So Hard To Say Goodbye To Yesterday (... | graduation songs | 2,671KB | Audio |
| Brandy - Best Friend (1).mp3 | graduation songs | 4,522KB | Audio |
| Britney - 07 - I Love Rock And Roll.mp3 | Britney Spears | 2,916KB | Audio |
| Britney Madonna -Me Against The Music.mp3 | Britney Spears And MAdo... | 2,570KB | Audio |
| Britney Spears - Anticipating.mp3 | Britney Spears | 3,064KB | Audio |
| Britney Spears - Bombastic Love.mp3 | Britney Spears | 2,903KB | Audio |
| Britney Spears - Born 2 Make You Bling .mp3 | Hot Boys feat. Britney Sp... | 2,416KB | Audio |
| Britney Spears - Born To Make You Happy.mp3 | Britney Spears | 3,787KB | Audio |
| Britney Spears - Boys (Co-Ed Remix) - AirRock Records 20... | Britney Spears | 1,553KB | Audio |
| Britney Spears - Brave New Girl.mp3 | Britney Spears | 3,340KB | Audio |
| Britney Spears - Breathe On ME (1).mp3 | Britney Spears | 3,554KB | Audio |
| Britney Spears - Britney -04- Im Not A Girl, Not Yet A Wom... | Brittany Spears | 5,311KB | Audio |
| Britney Spears - Can't Make You Love Me.mp3 | britney spears | 3,081KB | Audio |
| Britney Spears - Dear Diary (1).mp3 | Britney Spears | 3,906KB | Audio |
| Britney Spears - Don't Let Me Be The Last To Know.mp3 | Britney Spears | 3,626KB | Audio |
| Britney Spears - Email My Heart.mp3 | Britney Spears | 3,478KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Account  Help

New search  |  Web  |  My Kazaa  |  Download  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

Search Field

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| ddddifrighkgfdawerty456@... | Britney Spears - Email My Heart.mp3 | Britney Spears | 3,478KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - Everytime.mp3 | Britney Spears | 5,340KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - From the bottom of my broken heart.mp3 | Britney Spears | 2,140KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - I Will Be There (1).mp3 | Britney Spears | 3,677KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - I Will Be There.mp3 | Britney Spears | 3,882KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - Im A Slave 4 U (Actual Full Song).mp3 | Britney Spears | 3,382KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - ITZ - Outrageous.mp3 | Britney Spears | 3,212KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - ITZ - Shadow.mp3 | Britney Spears | 3,199KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - Lonely.mp3 | Britney Spears | 3,590KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - Overprotected (DarkChild Remix).mp3 | Britney Spears | 3,140KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - Sometimes.mp3 | Britney Spears | 3,298KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - The Answer.mp3 | Britney Spears | 3,846KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - Thinkin About You.mp3 | Britney Spears | 3,668KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - When I Found You.mp3 | Britney Spears | 3,388KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - Where Are You Now.mp3 | Britney Spears | 4,247KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - When Your Eyes Say It.mp3 | Britney Spears | 2,746KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears- Intimidated.mp3 | Britney Spears | 3,117KB | Audio |
| britney spears-boys (1).mp3 | britney spears-boys (1).mp3 | Britney Spears | 3,525KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears-Touch of my hand.mp3 | Britney Spears | 4,088KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears- Oops, I Did It Again.mp3 | Britney Spears | 3,206KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - Stronger.mp3 | Britney Spears | 1,388KB | Audio |
| ddddifrighkgfdawerty456@... | Britney Spears - You Drive Me Crazy (Stop Mix).mp3 | Britney Spears | 3,123KB | Audio |
| bRiTtNeY sPeArS - Girl In My Mirror.mp3 | bRiTtNeY sPeArS - Girl In My Mirror.mp3 | Britney Spears | 3,865KB | Audio |
| Brittany Spears - Cheerleading Mix (1).mp3 | Brittany Spears - Cheerleading Mix (1).mp3 | Brittany Spears | 797KB | Audio |
| Neil young with crazy hor... | Neil young with crazy hor.... | Neil young with crazy hor.... | 6,978KB | Audio |
| Broken arrow -01- Big time.mp3 | Broken arrow -01- Big time.mp3 | Neil Young, Bruce Spring.... | 5,644KB | Audio |
| Bruce Springsteen - (and Neal Young) Down by the River (1... | Bruce Springsteen - (and Neal Young) Down by the River (1... | Bruce Springsteen | 3,277KB | Audio |
| Bruce Springsteen - Walking in Memphis.mp3 | Bruce Springsteen - Walking in Memphis.mp3 | Bruce Springsteen | +,035KB | Audio |
| ddddifrighkgfdawerty456@... | Bruce Springsteen - Glory Days.mp3 | Bruce Springsteen | 3,272KB | Audio |

Found 1927 files.    2,623,890 users online, sharing 959,231,413 files (3,952,320.GB)    | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| Filename | Artist | Size | Media Type | |
|----------|--------|------|------------|---|
| Bruce Springstein - Glory Days.mp3 | Bruce Springstein | 4,035KB | Audio | |
| Bruce Springstein - Streets of Philadelphia .mp3 | Bruce Springstein | 3,075KB | Audio | Str |
| Bruce Springstein - Summer Of 69.mp3 | Bruce Springstein | 3,350KB | Audio | |
| Buckethead - The Ballad of Buckethead with Les Claypool o ... | Primus | 3,749KB | Audio | |
| Bush - Alien.mp3 | Bush | 6,159KB | Audio | |
| Bush - Come Down (Acoustic).mp3 | Bush | 4,040KB | Audio | Con |
| Bush - Come Down.mp3 | Bush | 5,091KB | Audio | |
| Bush - Everything Zen.mp3 | Bush | 4,345KB | Audio | |
| Bush - Glycerine.mp3 | Bush | 4,057KB | Audio | |
| Bush - Letting the the Cables Sleep (1).mp3 | Bush | 4,322KB | Audio | Lettir |
| Bush - Machinehead.mp3 | Bush | 4,004KB | Audio | |
| Bush - Mouth.mp3 | Bush | 3,549KB | Audio | The Pe |
| Bush - Speed Kills (1).mp3 | Bush | 4,272KB | Audio | |
| Bush - Superman.mp3 | Bush | 3,728KB | Audio | |
| Bush - Swallowed.mp3 | Bush | 4,545KB | Audio | |
| Bush - The Chemicals Between Us.mp3 | Bush | 3,389KB | Audio | The Che |
| Bush - Warm Machine.mp3 | Bush | 4,148KB | Audio | |
| Busta Rhymes - ft. Mariah Carrey - I know what you want... | Busta Rhymes | 3,205KB | Audio | I Know What You Wa: |
| Busta Rhymes - ft. Mariah Carrey... | Busta Rhymes | 3,204KB | Audio | I Know What You Wai |
| Buy Out Riddim - Like Glue.mp3 | Sean Paul | 3,656KB | Audio | |
| Camel toe.mp3 | Fanny Pack | 3,204KB | Audio | Cameltoe- |
| Carmen Electra - Feet Milk.mpeg | Carmen Electra | 9,581KB | Video | |
| Carolyn Dawn Johnson - Complicated.mp3 | Carolyn Don Johnson | 3,572KB | Audio | |
| Cats in Cradle (Guns_Roses).mp3 | Guns 'n Roses | 3,732KB | Audio | Cats in the cradle |
| CCR - Bad Moon Rising.mp3 | Creedence Clearwater R... | 1,897KB | Audio | |
| CCR - Born On The Bayou.mp3 | Creedence Clearwater R... | 4,972KB | Audio | |
| CCR - Fortunate Son.mp3 | Creedence Clearwater R... | 2,171KB | Audio | |
| CCR - Green River.mp3 | Creedence Clearwater R... | 2,359KB | Audio | |
| CCR - Have You Ever Seen The Rain.mp3 | Creedence Clearwater R... | 2,474KB | Audio | Have You E |