**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| dddddffghkgfdawertyu56@... | Phish - Blackbird (Live Beatles Cover).mp3 | Phish | 1,184KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Bouncing Round the Room.mp3 | Phish | 3,882KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Brian and Robert.mp3 | Phish | 2,856KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Character Zero.mp3 | PHISH | 3,753KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Disc 4 - 05 - Cry Baby Cry.mp3 | Phish | 2,180KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Disc 4 - 06 - Boogie On Reggae Woman.mp3 | Phish | 5,818KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Disc 6 - 02 - Mike's Song.mp3 | Phish | 8,331KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Eliza.mp3 | Phish | 1,439KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Fast Enough For You.mp3 | Phish | 4,577KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Fee.mp3 | Phish | 5,074KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - First Tube.mp3 | Phish | 6,342KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Free Bird (Live a capella).mp3 | Phish | 3,736KB | Audio |
| dddddffghkgfdawertyu56@... | phish - ghost.mp3 | Phish | 3,590KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Gin and Juice.mp3 | Phish | 6,016KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Harry Hood.mp3 | Phish | 12,015KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Northern Lights.mp3 | Phish | 4,366KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Prince Caspian.mp3 | Phish | 4,988KB | Audio |
| dddddffghkgfdawertyu56@... | phish - quinn the eskimo.mp3 | Phish | 4,211KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Roses Are Free.mp3 | Phish | 5,177KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Run Like an Antelope.mp3 | Phish | 9,258KB | Audio |
| dddddffghkgfdawertyu56@... | phish - slave to the traffic light.mp3 | Phish | 4,330KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Tweezer.mp3 | Phish | 8,159KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Wading in the Velvet Sea (1).mp3 | Phish | 4,195KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Wading In The Velvet Sea (acoustic, live).MP3 | Phish | 3,878KB | Audio |
| dddddffghkgfdawertyu56@... | Phish - Water in the Sky.mp3 | Phish | 2,328KB | Audio |
| dddddffghkgfdawertyu56@... | phish - while my guitar gently weeps..mp3 | Phish | 2,478KB | Audio |
| dddddffghkgfdawertyu56@... | phish Swept Away-11.mp3 | Phish | 1,198KB | Audio |
| dddddffghkgfdawertyu56@... | Phish with Rusted Root - Ecstasy (acoustic).mp3 | Phish with Rusted Root | 3,846KB | Audio |
| dddddffghkgfdawertyu56@... | Phish-The_White_Tape-05-Fuck_Your_Face.mp3 | Phish | 2,150KB | Audio |

Found 1927 files | 2,523,898 users online, sharing 459,291,413 files (3,952,320 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | Search | Traffic | Shop | Tell A Friend
New search | My Kazaa | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| dddddffghkgfdawertyu56@… | Phish-The_White_Tape-05-Fuck_Your_Face.mp3 | Phish | 2,150KB | Audio |
| dddddffghkgfdawertyu56@… | Phish_Friday.mp3 | Phish | 9,279KB | Audio |
| dddddffghkgfdawertyu56@… | Phish - Farm House.mp3 | Phish | 3,846KB | Audio |
| dddddffghkgfdawertyu56@… | Picture.mp3 | Kid Rock and Cheryl Crow | 4,672KB | Audio |
| dddddffghkgfdawertyu56@… | pink - 07 - Family portrait - supermp3s.mp3 | Pink | 2,317KB | Audio |
| dddddffghkgfdawertyu56@… | Pink Floyd - Money.mp3 | Pink Floyd | 3,063KB | Audio |
| dddddffghkgfdawertyu56@… | Pink Floyd - Mother.mp3 | Pink Floyd | 5,217KB | Audio |
| dddddffghkgfdawertyu56@… | Pink Floyd - Sheep.mp3 | Pink Floyd | 9,165KB | Audio |
| dddddffghkgfdawertyu56@… | Pink Floyd - The Dogs Of War.mp3 | Pink Floyd | 5,798KB | Audio |
| dddddffghkgfdawertyu56@… | Pink Floyd - Young Lust.mp3 | Pink Floyd | 3,310KB | Audio |
| dddddffghkgfdawertyu56@… | Play - Cinderella.mp3 | Cheetah Girls | 3,405KB | Audio |
| dddddffghkgfdawertyu56@… | play - us against the world.mp3 | Play | 2,610KB | Audio |
| dddddffghkgfdawertyu56@… | Play Boy - Carmen Electra.asf | Playboy | 753KB | Video |
| dddddffghkgfdawertyu56@… | Porno - Easy Greek Anal Sex-go-33s.mpg | Porn | 5,157KB | Video |
| dddddffghkgfdawertyu56@… | PRE RELEASEPearl Jam-I AM MINE-full album.mp3 | Pearl Jam | 3,367KB | Audio |
| dddddffghkgfdawertyu56@… | primus - here come the bastards.mp3 | Primus | 2,731KB | Audio |
| dddddffghkgfdawertyu56@… | Primus - Jerry Was a Race Car Driver.mp3 | Primus | 2,611KB | Audio |
| dddddffghkgfdawertyu56@… | Primus - Pork Soda - 07 - Nature Boy.mp3 | Primus | 5,211KB | Audio |
| dddddffghkgfdawertyu56@… | Primus - Sathington Waltz.mp3 | Primus | 1,605KB | Audio |
| dddddffghkgfdawertyu56@… | Primus - Sgt. Baker.mp3 | Primus | 4,009KB | Audio |
| dddddffghkgfdawertyu56@… | Primus - The Antipop.mp3 | Primus | 5,208KB | Audio |
| dddddffghkgfdawertyu56@… | primus - those damned blue collar tweekers.mp3 | Primus | 3,742KB | Audio |
| dddddffghkgfdawertyu56@… | primus - Tommy The Cat.mp3 | Primus | 3,987KB | Audio |
| dddddffghkgfdawertyu56@… | primus - welcome to this world.mp3 | Primus | 3,027KB | Audio |
| dddddffghkgfdawertyu56@… | Primus with Ozzy Osborne-N.I.B..mp3 | Primus with Ozzy Osborne | 5,604KB | Audio |
| dddddffghkgfdawertyu56@… | Puff Daddy - I'll Be Missing You.mp3 | Puff Daddy _Faith feat. … | 4,847KB | Audio |
| dddddffghkgfdawertyu56@… | Punk Goes Pop - 03 - Yellowcard - Everywhere (Michelle Br… | Yellowcard | 3,358KB | Audio |
| dddddffghkgfdawertyu56@… | PYT - Kissing Game.mp3 | Mandy Moore | 3,718KB | Audio |
| dddddffghkgfdawertyu56@… | R. Kelly - Ignition.mp3 | R. Kelly | 3,476KB | Audio |

Found 1327 files  |  2,523,898 users online, sharing 959,231,413 files (3,952,320 GB)  |  Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | New search | Download | My Kazaa | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| dddddffghkgfdawertyu56@… | R. Kelly - Ignition.mp3 | R. Kelly | 3,476KB | Audio |
| dddddffghkgfdawertyu56@… | Rachael Lampa- If You Believe.mp3 | Various Artists | 3,586KB | Audio |
| dddddffghkgfdawertyu56@… | Radio Head 'Kid A' - 05 - Tree Fingers.mp3 | Radiohead | 4,466KB | Audio |
| dddddffghkgfdawertyu56@… | radio head - everythin.mp3 | Radiohead | 3,935KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - … - Karma Police [MTV Unplugged].mp3 | Radiohead | 4,031KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - 11 - Life In A Glass House - simplemp3s.mp3 | Radiohead | 4,296KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - 11 - Paranoid Android (MTV Unplugged).mp3 | Radiohead | 5,954KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Acoustic - Street Spirit.mp3 | Radiohead | 4,030KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Amnesiac - 06 - Knives Out.mp3 | Radiohead | 4,014KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Amnesiac - 08 - Dollars And Cents.mp3 | Radiohead | 4,470KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Amnesiac - 09 - Hunting Bears.mp3 | Radiohead | 1,867KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Bulletproof (acoustic).mp3 | Radiohead | 2,520KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Creep (Acoustic).mp3 | Radiohead | 4,061KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Creep.mp3 | Radiohead | 3,699KB | Audio |
| dddddffghkgfdawertyu56@… | radiohead - high and dry (acoustic) (2).mp3 | Radiohead | 4,229KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - High and Dry.mp3 | Radiohead | 3,953KB | Audio |
| dddddffghkgfdawertyu56@… | radiohead - i might be wrong (1).mp3 | Radiohead | 4,573KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Idioteque.mp3 | Radiohead | 4,802KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Karma Police.mp3 | Radiohead | 4,089KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Kid A - 07 - In Limbo.mp3 | Radiohead | 4,188KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Killer Cars (live acoustic).mp3 | Radiohead | 2,341KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Like Spinning Plates.mp3 | Radiohead | 2,920KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Lozenge Of Love (acoustic).mp3 | Radiohead | 2,035KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Motion Picture Soundtrack (acoustic) (1).mp3 | Radiohead | 3,138KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Nice Dream (1).mp3 | Radiohead | 3,619KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - No Surprises.mp3 | Radiohead | 3,569KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Optimistic.mp3 | Radiohead | 4,955KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Paranoid Android.mp3 | Radiohead | 5,970KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Polyethylene (Jason Dill in Photosynthesis).m… | Radiohead | 4,106KB | Audio |

Found 1,927 files | 2,523,898 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | New search | Download | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| dddddffghkgfdawertyu56@… | Radiohead - Polyethylene (Jason Dill in Photosynthesis).m… | Radiohead | 4,106KB | Audio |
| dddddffghkgfdawertyu56@… | radiohead - studio kid a- idioteque.mp3 | Radiohead | 7,209KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - The Bends - 01 - Planet Telex.mp3 | Radiohead | 4,069KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - The National Anthem.mp3 | Radiohead | 5,471KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Thinking About You (acoustic) (1).mp3 | Radiohead | 2,779KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Thinking About You.mp3 | Radiohead | 2,511KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Wonderwall (live, making fun of Oasis).mp3 | Radiohead | 1,036KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead - Yes I Am .mp3 | Radiohead | 3,014KB | Audio |
| dddddffghkgfdawertyu56@… | Radiohead- Idioteque (MTV Unplugged).MP3 | Radiohead | 4,092KB | Audio |
| dddddffghkgfdawertyu56@… | Rage Against The Machine - Bullet In The Head.mp3 | Rage Against The Machine | 4,827KB | Audio |
| dddddffghkgfdawertyu56@… | Rage Against The Machine - Freedom.mp3 | Rage Against The Machine | 5,713KB | Audio |
| dddddffghkgfdawertyu56@… | Rage Against The Machine - Guerilla Radio.mp3 | Rage Against The Machine | 3,212KB | Audio |
| dddddffghkgfdawertyu56@… | Rage Against the Machine - JFK.mp3 | Rage Against the Machine | 7,534KB | Audio |
| dddddffghkgfdawertyu56@… | Rage Against The Machine - Killing In The Name Of.mp3 | Rage Against The Machine | 4,912KB | Audio |
| dddddffghkgfdawertyu56@… | Rage Against The Machine - Know Your Enemy.mp3 | Rage Against the Machine | 4,605KB | Audio |
| dddddffghkgfdawertyu56@… | Rage Against the Machine - Matrix Theme.mp3 | Rage Against the Machine | 5,682KB | Audio |
| dddddffghkgfdawertyu56@… | Rage Against The Machine - No Shelter.mp3 | Rage Against The Machine | 3,799KB | Audio |
| dddddffghkgfdawertyu56@… | Rage Against The Machine - People Of The Sun.mp3 | Rage Against The Machine | 2,341KB | Audio |
| dddddffghkgfdawertyu56@… | Rage Against The Machine - Pistol Grip Pump.mp3 | Rage Against Machine. | 3,104KB | Audio |
| dddddffghkgfdawertyu56@… | Rage Against the Machine - Renegades Of Funk.mp3 | Rage Against Machine | 4,306KB | Audio |
| dddddffghkgfdawertyu56@… | Rage Against The Machine - Sleep Now In The Fire.mp3 | Rage Against The Machine | 3,212KB | Audio |
| dddddffghkgfdawertyu56@… | Rage Against The Machine - Testify.mp3 | Rage Against The Machine | 3,313KB | Audio |
| dddddffghkgfdawertyu56@… | Rage Against The Machine_War Within a Breath.mp3 | Rage Against The Machine | 3,392KB | Audio |
| dddddffghkgfdawertyu56@… | Reggae - Neptune Riddim - Beenie Man feat.mp3 | Beenie Man ,sean paul, L… | 4,947KB | Audio |
| dddddffghkgfdawertyu56@… | renbrants - there for you.mp3 | Graduation songs | 2,141KB | Audio |
| dddddffghkgfdawertyu56@… | Rock - Alice In Chains - What The Hell Have I.mp3 | Alice in Chains | 3,724KB | Audio |
| dddddffghkgfdawertyu56@… | Rock - Metalica - Wiskey in the Jar.mp3 | Mettalica | 3,574KB | Audio |
| dddddffghkgfdawertyu56@… | Rodeohead - Packt Like Sardines.mp3 | Radiohead | 3,738KB | Audio |
| dddddffghkgfdawertyu56@… | Royce Da 59_Eminem - Rock City.mp3 | Eminem and royce | 1,563KB | Audio |

Found 1927 files | 2,523,898 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| dddddffghkgfdawertyu56@... | Royce Da 59_Eminem - Rock City.mp3 | Eminem and royce | 1,563KB | Audio |
| dddddffghkgfdawertyu56@... | Ruben Studdard (American Idol) - I'm Flying Without Wings... | Ruben Studdard (America... | 3,707KB | Audio |
| dddddffghkgfdawertyu56@... | Ruben Studdard - Flying Without Wings (Very Clear).mp3 | Ruben Studdard | 3,545KB | Audio |
| dddddffghkgfdawertyu56@... | Sad Graduation Songs - that's what friends are for.mp3 | Sad Graduation Songs | 4,050KB | Audio |
| dddddffghkgfdawertyu56@... | Sad Graduation Songs- Billie Joel - Times To Remember.mp3 | Billy Joel | 4,716KB | Audio |
| dddddffghkgfdawertyu56@... | santana - soul sacrifice (live from woodstock).mp3 | santana | 10,919KB | Audio |
| dddddffghkgfdawertyu56@... | Sarah Mclaughlin - Will You Remember Me.mp3 | Sarah Mclaughlin | 4,612KB | Audio |
| dddddffghkgfdawertyu56@... | Sasha - Dat Sexy Body.mp3 | Sasha | 3,985KB | Audio |
| dddddffghkgfdawertyu56@... | Save You.mp3 | Pearl Jam | 5,202KB | Audio |
| dddddffghkgfdawertyu56@... | Scooby-Doo - 12 - Simple Plan - Grow Up.mp3 | Simple Plan | 2,996KB | Audio |
| dddddffghkgfdawertyu56@... | Sean Paul - Get Busy (Diwali Riddim).mp3 | Sean Paul | 5,035KB | Audio |
| dddddffghkgfdawertyu56@... | Selina - I Will Survive, Funky Town (Medley).mp3 | Selena | 3,452KB | Audio |
| dddddffghkgfdawertyu56@... | Selina - I'll Never Get Over You (Getting Over Me).mp3 | selena | 3,608KB | Audio |
| dddddffghkgfdawertyu56@... | Selina- Dreamin of You.mp3 | Selena | 3,714KB | Audio |
| dddddffghkgfdawertyu56@... | shake ya tail feather (1).mp3 | P. Diddy ft Nelly_Murphy... | 2,504KB | Audio |
| dddddffghkgfdawertyu56@... | She Fuckin' Hates Me.mp3 | Puddle of Mudd | 3,387KB | Audio |
| dddddffghkgfdawertyu56@... | Shine - Bad Boy.mp3 | shine | 4,053KB | Audio |
| dddddffghkgfdawertyu56@... | Shine - The Life.mp3 | shine | 4,951KB | Audio |
| dddddffghkgfdawertyu56@... | Shine- thats gangsta (1).mp3 | Shine. | 2,421KB | Audio |
| dddddffghkgfdawertyu56@... | Shining Star - Jump5.mp3 | Jump5 | 3,084KB | Audio |
| 2 Users | Simon_Garfunkle ~ Feeling Groovy.mp3 | Simon and Garfunkel | 1,470KB | Audio |
| dddddffghkgfdawertyu56@... | Simon and Garfunkel - America (1).mp3 | Simon and Garfunkel | 3,373KB | Audio |
| dddddffghkgfdawertyu56@... | Simon and Garfunkel - Bridge Over Troubled Water.mp3 | Paul Simon | 3,822KB | Audio |
| dddddffghkgfdawertyu56@... | Simon and Garfunkel - Mrs. Robinson.mp3 | Simon and Garfunkel | 3,600KB | Audio |
| dddddffghkgfdawertyu56@... | Simon and Garfunkel - A Hazy Shade of Winter.mp3 | Paul Simon_Art Garfunkel | 2,150KB | Audio |
| dddddffghkgfdawertyu56@... | Simple Plan- Id Do Anything.MP3 | Simple Plan | 1,341KB | Audio |
| dddddffghkgfdawertyu56@... | Simple Plan - Addicted.mp3 | Simple Plan | 3,629KB | Audio |
| dddddffghkgfdawertyu56@... | Simple Plan - God Must Hate Me_0320144448 (1).mp3 | Simple Plan | 2,573KB | Audio |
| dddddffghkgfdawertyu56@... | Simple Plan - I'm Just A Kid.mp3 | Simple Plan | 2,932KB | Audio |

Found 1,927 files | 2,523,898 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Search Field | Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ddddffghkgfdawertyu56@... | Simple Plan - I'm Just A Kid.mp3 | Simple Plan | 2,932KB | Audio |
| ddddffghkgfdawertyu56@... | Simple Plan - Id Do Anything (3158058,simple plan mp3).m... | Simple Plan | 1,884KB | Audio |
| ddddffghkgfdawertyu56@... | Simple Plan - Meet You There (1).mp3 | Simple Plan | 3,971KB | Audio |
| ddddffghkgfdawertyu56@... | Simple Plan - Meet You There.mp3 | Simple Plan | 2,978KB | Audio |
| ddddffghkgfdawertyu56@... | Simple Plan - My Alien.mp3 | Simple Plan | 2,808KB | Audio |
| ddddffghkgfdawertyu56@... | Simple Plan - One Day.mp3 | Simple Plan | 3,048KB | Audio |
| ddddffghkgfdawertyu56@... | Simple Plan - You Dont Mean Anything (1).mp3 | Simple Plan | 2,324KB | Audio |
| ddddffghkgfdawertyu56@... | Simple Plan -When I'm With You.mp3 | Simple Plan | 2,482KB | Audio |
| ddddffghkgfdawertyu56@... | Simple Plan -Worst Day Ever (1).mp3 | Simple Plan | 3,246KB | Audio |
| ddddffghkgfdawertyu56@... | Simple Plan-One By One.mp3 | Simple Plan | 3,182KB | Audio |
| ddddffghkgfdawertyu56@... | Simple_Plan-Addicted.mp3 | Simple Plan | 1,821KB | Audio |
| ddddffghkgfdawertyu56@... | Simple_Plan_-_10_-_I_Wont_Be_There.mp3 | Simple Plan | 2,956KB | Audio |
| ddddffghkgfdawertyu56@... | Sirmixalot-I like big buts.mp3 | Sir Mix alot | 3,640KB | Audio |
| ddddffghkgfdawertyu56@... | Slip Knot - Fuck This World (1).mp3 | Slipknot | 3,440KB | Audio |
| ddddffghkgfdawertyu56@... | slip knot - left behind.mp3 | Slipknot | 3,471KB | Audio |
| ddddffghkgfdawertyu56@... | Slip Knot - No Life.mp3 | Slipknot | 2,616KB | Audio |
| ddddffghkgfdawertyu56@... | slipknot - diluted.mp3 | Slipknot | 3,172KB | Audio |
| ddddffghkgfdawertyu56@... | Slipknot - Follow.mp3 | Korn, Slipknot, Godsmack,... | 3,164KB | Audio |
| ddddffghkgfdawertyu56@... | Slipknot - Wait and Bleed.mp3 | Slipknot | 2,883KB | Audio |
| ddddffghkgfdawertyu56@... | slipknot-eyeless.mp3 | Slipknot | 3,693KB | Audio |
| ddddffghkgfdawertyu56@... | Slipnot - Snap.mp3 | Slipknot | 2,734KB | Audio |
| ddddffghkgfdawertyu56@... | SLIPKNOT Anxiety live(rare with dez of coal chamber).mp3 | SLIPKNOT WITH DEZ OF ... | 1,496KB | Audio |
| ddddffghkgfdawertyu56@... | slow jams- Jessica Simpson,and Nick Lachey - Where You A... | Jessica Simpson feat. Nick.. | 1,596KB | Audio |
| ddddffghkgfdawertyu56@... | Slow Songs - Maria Carey - Thank god I found you.mp3 | Mariah ft. Joe_98 degr... | 4,027KB | Audio |
| ddddffghkgfdawertyu56@... | Slow Songs - Selena ~ I Could Fall In Love.mp3 | Selena | 4,390KB | Audio |
| ddddffghkgfdawertyu56@... | SLOW-- Elvis Presley - Can't Help Falling In Love With You.... | Elvis Presley | 2,867KB | Audio |
| ddddffghkgfdawertyu56@... | Smashing Pumkins - 1979.mp3 | Smashing Pumpkins | 4,018KB | Audio |
| ddddffghkgfdawertyu56@... | Smashing Pumkins - A Killer In Me Is A Killer In You.MP3 | Smashing Pumpkins | 3,081KB | Audio |
| ddddffghkgfdawertyu56@... | Smashing Pumkins - believe.mp3 | Smashing Pumpkins | 3,080KB | Audio |

Found 1927 files | 2,523,898 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | | Traffic | Shop | Tell A Friend
New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ddddffghkgfdawertyu56@… | Smashing.Pumkins - believe.mp3 | Smashing Pumkins | 3,080KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins- World is a vampire.mp3 | Smashing Pumkins | 4,076KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins - 10 - Spaceboy.mp3 | Smashing Pumkins | 4,205KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins - 1979 (Acoustic).mp3 | Smashing Pumkins | 4,160KB | Audio |
| ddddffghkgfdawertyu56@… | smashing pumkins - an ode to no one.mp3 | Smashing Pumkins | 4,547KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins - Ava Adore.mp3 | Smashing Pumkins | 4,046KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins - Dancing in the Moonlight {Thin Lizzy c… | Smashing Pumkins | 3,776KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins - Daydream.mp3 | Smashing Pumkins | 2,937KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins - Disarm.mp3 | Smashing Pumkins | 3,062KB | Audio |
| ddddffghkgfdawertyu56@… | smashing pumkins - land slide.mp3 | Smashing Pumkins | 2,974KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins - Mellon Collie _The Infinite Sadness - … | Smashing Pumkins | 3,361KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins - Mellon Collie And The Infinate Sadnes… | Smashing Pumkins | 3,530KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins - Muzzle (1).mp3 | Smashing Pumkins | 3,501KB | Audio |
| 2 Users | Smashing Pumkins - Never Let Me Down Again (1).mp3 | Smashing Pumkins | 3,762KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins - Perfect.mp3 | Smashing Pumkins | 3,169KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins - Pug.mp3 | Smashing Pumkins | 4,461KB | Audio |
| ddddffghkgfdawertyu56@… | smashing pumkins - rhinoceros.mp3 | Smashing Pumkins | 5,569KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins - Siva.mp3 | Smashing Pumkins | 4,102KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins - Tonight, Tonight.mp3 | Smashing Pumkins | 3,984KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins - Transformer - Thirty Three [US] - 04.… | Smashing Pumkins | 1,617KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins - Zero.mp3 | Smashing Pumkins | 2,201KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins-Mayonaise.mp3 | Smashing Pumkins | 4,094KB | Audio |
| ddddffghkgfdawertyu56@… | Smashing Pumkins_Blew Away.mp3 | Smashing Pumkins | 3,392KB | Audio |
| ddddffghkgfdawertyu56@… | Smilez And Southstar - Tell Me.wma | Smilez And Southstar | 2,747KB | Audio |
| ddddffghkgfdawertyu56@… | Snoop Dogg - From Tha Chuuuch To Da Palace.mp3 | Snoop Dogg | 6,975KB | Audio |
| ddddffghkgfdawertyu56@… | Snoop Doggy Dogg - Gin and Juice.mp3 | Snoop Doggy Dogg | 3,306KB | Audio |
| ddddffghkgfdawertyu56@… | snopp dog - beautiful.mp3 | Snoop Dogg | 6,993KB | Audio |
| ddddffghkgfdawertyu56@… | Sound Garden - Outshine.MP3 | Soundgarden | 4,851KB | Audio |
| ddddffghkgfdawertyu56@… | Soundgarden - Black Hole Sun.mp3 | Soundgarden | 4,966KB | Audio |

Found 1927 files    12,523,898 users online, sharing 459,231,413 files (3,952,320 GB)   Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| dddddffghkgfdawertyu56@… | Soundgarden - Black Hole Sun.mp3 | Soundgarden | 4,968KB | Audio |
| dddddffghkgfdawertyu56@… | Soundgarden - Blow Up The Outside World.mp3 | Soundgarden | 5,403KB | Audio |
| dddddffghkgfdawertyu56@… | Soundgarden - Burden In My Hand.mp3 | Soundgarden | 4,531KB | Audio |
| dddddffghkgfdawertyu56@… | Soundgarden - Come Together (Beatles Cover - Rare).mp3 | Soundgarden | 5,501KB | Audio |
| dddddffghkgfdawertyu56@… | Soundgarden - Fell On Black Days.mp3 | Soundgarden | 4,413KB | Audio |
| dddddffghkgfdawertyu56@… | Soundgarden - Jesus Christ Pose.mp3 | Soundgarden | 5,390KB | Audio |
| dddddffghkgfdawertyu56@… | Soundgarden - Like Suicide.mp3 | Soundgarden | 6,591KB | Audio |
| dddddffghkgfdawertyu56@… | Soundgarden - My Wave.mp3 | Soundgarden | 4,873KB | Audio |
| dddddffghkgfdawertyu56@… | Soundgarden - Pretty Noose.mp3 | Soundgarden | 3,960KB | Audio |
| dddddffghkgfdawertyu56@… | Soundgarden - Rusty Cage.mp3 | Soundgarden | 4,157KB | Audio |
| dddddffghkgfdawertyu56@… | Soundgarden - Spoonman.mp3 | Soundgarden | 3,863KB | Audio |
| dddddffghkgfdawertyu56@… | Soundtrack - (Grinch Who Stole Christmas) Faith Hill f.mp3 | FAITH HILL | 4,102KB | Audio |
| dddddffghkgfdawertyu56@… | SOUNDTRACK switchfoot-idareyoutomove.mp3 | A Walk To Remember | 3,868KB | Audio |
| dddddffghkgfdawertyu56@… | Soundtrack-Grease-We Got Together.mp3 | Grease | 2,106KB | Audio |
| dddddffghkgfdawertyu56@… | soundtrack-Switchfoot - Learning to Breath.mp3 | A Walk to Remember | 4,396KB | Audio |
| dddddffghkgfdawertyu56@… | soundtrack-Toploader - Dancing in the Moonlight.MP3 | A Walk to Remember | 1,593KB | Audio |
| dddddffghkgfdawertyu56@… | soundtracks - The Devil Went Down To Georgia.mp3 | Coyote Ugly Soundtrack | 3,394KB | Audio |
| dddddffghkgfdawertyu56@… | Southern Rock - Lynyrd Skynyrd - The Last Rebel.mp3 | Lynyrd Skynyrd | 6,372KB | Audio |
| dddddffghkgfdawertyu56@… | Sozzi - Letting go.mp3 | Dawson's Creek | 3,302KB | Audio |
| dddddffghkgfdawertyu56@… | Spice Girls - Pepsi.mp3 | Spice Girls | 2,624KB | Audio |
| dddddffghkgfdawertyu56@… | Spice Girls - Saturday Night Divas.mp3 | Spice Girls | 4,156KB | Audio |
| dddddffghkgfdawertyu56@… | Spice Girls - Say You'll Be There.mp3 | Spice Girls | 3,720KB | Audio |
| dddddffghkgfdawertyu56@… | Spice Girls - Something Kinda Funny.mp3 | Spice Girls | 3,835KB | Audio |
| dddddffghkgfdawertyu56@… | Spice Girls - Spiceworld - 01 - Spice Up Your Life.mp3 | Spice Girls | 2,035KB | Audio |
| dddddffghkgfdawertyu56@… | Spice Girls - Stop.mp3 | Spice Girls | 3,189KB | Audio |
| dddddffghkgfdawertyu56@… | Spice Girls - Two Become One.mp3 | Spice Girls | 3,296KB | Audio |
| dddddffghkgfdawertyu56@… | Spice Girls - Viva Forever.mp3 | Spice Girls | 4,829KB | Audio |
| dddddffghkgfdawertyu56@… | Spice Girls- Goodbye.mp3 | Spice Girls | 3,880KB | Audio |
| dddddffghkgfdawertyu56@… | Spicegirls - Mama.mp3 | Spice Girls | 3,459KB | Audio |

Found 1827 files    2,623,898 users online, sharing 459,231,413 files (3,952,320 GB)    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| dddddffghkgfdawertyu56@... | Spicegirls - Mama.mp3 | Spice Girls | 3,459KB | Audio |
| dddddffghkgfdawertyu56@... | Spicegirls - Too Much.mp3 | Spice Girls | 3,718KB | Audio |
| dddddffghkgfdawertyu56@... | Spread - sacrifice [ Korn Godsmack Deftones mudvayne sli... | Mudvayne | 3,975KB | Audio |
| dddddffghkgfdawertyu56@... | Stacie Orrico - Stuck.mp3 | Stacy orrico | 4,384KB | Audio |
| dddddffghkgfdawertyu56@... | Stacy Orrico - Don't Look At Me.mp3 | Stacie Orrico | 3,480KB | Audio |
| dddddffghkgfdawertyu56@... | Stacy Orrico - Holdin' On.mp3 | Stacie Orrico | 2,135KB | Audio |
| dddddffghkgfdawertyu56@... | Steppenwolf - Magic Carpet Ride.mp3 | Steppenwolf | 4,180KB | Audio |
| dddddffghkgfdawertyu56@... | Steve Miller Band - Abracadabra.mp3 | Steve Miller Band | 4,798KB | Audio |
| dddddffghkgfdawertyu56@... | Steve Miller Band - Come on and dance.mp3 | Steve Miller Band | 3,265KB | Audio |
| dddddffghkgfdawertyu56@... | Steve Miller Band - Fly Like An Eagle.mp3 | Steve Miller Band | 2,816KB | Audio |
| dddddffghkgfdawertyu56@... | Steve Miller Band - Jet Airliner.mp3 | Steve Miller Band | 3,376KB | Audio |
| dddddffghkgfdawertyu56@... | Steve Miller Band - Jungle Love.mp3 | Steve Miller Band | 2,957KB | Audio |
| dddddffghkgfdawertyu56@... | Steve Miller Band - Livin' In The USA - ok.mp3 | Steve Miller Band | 5,996KB | Audio |
| dddddffghkgfdawertyu56@... | Steve Miller Band - Take The Money And Run.mp3 | Steve Miller Band | 3,643KB | Audio |
| dddddffghkgfdawertyu56@... | Steve Miller Band - The Joker.mp3 | Steve Miller Band | 4,150KB | Audio |
| dddddffghkgfdawertyu56@... | Stone Temple Pilots - A Song for Sleeping.mp3 | Stone Temple Pilots | 3,990KB | Audio |
| dddddffghkgfdawertyu56@... | Stone Temple Pilots - Big Bang Baby.mp3 | Stone Temple Pilots | 3,176KB | Audio |
| dddddffghkgfdawertyu56@... | Stone Temple Pilots - Big Empty.mp3 | Stone Temple Pilots | 4,626KB | Audio |
| dddddffghkgfdawertyu56@... | Stone Temple Pilots - Creep.mp3 | Stone Temple Pilots | 5,208KB | Audio |
| dddddffghkgfdawertyu56@... | Stone Temple Pilots - Dead and Bloated.mp3 | Stone Temple Pilots | 4,845KB | Audio |
| dddddffghkgfdawertyu56@... | Stone Temple Pilots - Down.mp3 | Stone Temple Pilots | 3,577KB | Audio |
| dddddffghkgfdawertyu56@... | Stone Temple Pilots - Interstate Love Song.mp3 | Stone Temple Pilots | 3,038KB | Audio |
| dddddffghkgfdawertyu56@... | Stone Temple Pilots - Lady Picture Show.mp3 | Stone Temple Pilots | 3,888KB | Audio |
| dddddffghkgfdawertyu56@... | Stone Temple Pilots - Plush.mp3 | Stone Temple Pilots | 4,901KB | Audio |
| dddddffghkgfdawertyu56@... | Stone Temple Pilots - Sex Type Thing.mp3 | Stone Temple Pilots | 3,417KB | Audio |
| dddddffghkgfdawertyu56@... | Stone Temple Pilots - Sour Girl.mp3 | Stone Temple Pilots | 4,024KB | Audio |
| dddddffghkgfdawertyu56@... | Stone Temple Pilots - Trippin' On A Hole In A Paper Heart... | Stone Temple Pilots | 2,741KB | Audio |
| dddddffghkgfdawertyu56@... | Stone Temple Pilots - Wicked Garden.mp3 | Stone Temple Pilots | 3,767KB | Audio |
| dddddffghkgfdawertyu56@... | Stone Temple Pilots - Half the Man.mp3 | Stone Temple Pilots | 5,155KB | Audio |

Found 1,927 files | 2,523,898 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| dddddffghkgfdawertyu56@... | Stone Temple Pilots - Half the Man.mp3 | Stone Temple Pilots | 5,195KB | Audio |
| dddddffghkgfdawertyu56@... | stp - i am smellin like a rose.mp3 | Stone Temple Pilots | 3,636KB | Audio |
| dddddffghkgfdawertyu56@... | street_import_fight_fighting.mpg | Burn Fights | 10,228KB | Video |
| dddddffghkgfdawertyu56@... | String Cheese Incident - Hobo Song.mp3 | Jerry Garcia Band | 4,878KB | Audio |
| dddddffghkgfdawertyu56@... | Stripped1.mp3 | Christina Aguilera | 1,558KB | Audio |
| 2 Users | Styx - Come Sail Away (3).mp3 | Styx | 2,320KB | Audio |
| dddddffghkgfdawertyu56@... | sublime - april 26, 1992.mp3 | Sublime | 3,640KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Better Days.MP3 | Sublime | 3,400KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Bob Marley Medley (acoustic).mp3 | Sublime | 2,816KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Boss DJ (Acoustic Bradley Nowell).mp3 | Sublime | 2,836KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Bradley Nowell and Friends - Acoustic - 12 - what.. | Sublime | 1,384KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Burritos.mp3 | Sublime | 3,678KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Caress Me Down.mp3 | Sublime | 2,481KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Don't(acoustic) .mp3 | Sublime | 2,090KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Freeway Time In L.A. County Jail (Acoustic).mp3 | Sublime | 4,160KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Garden Grove (Acoustic Live).mp3 | Sublime | 1,842KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Garden Grove.mp3 | Sublime | 4,085KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Guava Jelly.mp3 | sublime | 2,820KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Jailhouse.mp3 | Sublime | 4,580KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Little District (Acoustic).mp3 | Sublime | 1,835KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Paddle Out.mp3 | Sublime | 1,178KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Pool Shark (acoustic)(1).mp3 | Sublime | 1,006KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Rivers Of Babylon (Acoustic Bradley Nowell).mp3 | Sublime | 2,442KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Santeria.mp3 | Sublime | 2,505KB | Audio |
| dddddffghkgfdawertyu56@... | SUBLIME - Saw Red (Acoustic).mp3 | Sublime | 2,579KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Tequila.mp3 | Sublime | 3,246KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - Under My Voodoo.mp3 | Sublime | 3,217KB | Audio |
| dddddffghkgfdawertyu56@... | sublime - waiting for bud.mp3 | Sublime | 970KB | Audio |
| dddddffghkgfdawertyu56@... | Sublime - What I Got (Acoustic).mp3 | Sublime | 2,843KB | Audio |

Found 1,927 files | 2,523,898 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Theater | My Kazaa | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ddddffghkgfdawertyu56@... | Sublime - What I Got (Acoustic).mp3 | Sublime | 2,842KB | Audio |
| ddddffghkgfdawertyu56@... | Sublime - What I Got.mp3 | Sublime | 2,673KB | Audio |
| ddddffghkgfdawertyu56@... | Sublime-Wrong way.MP3 | Sublime | 2,136KB | Audio |
| ddddffghkgfdawertyu56@... | Sublime_03_Acoustic - Bradley Nowell_Friends_Foolish Fo... | Sublime | 2,152KB | Audio |
| ddddffghkgfdawertyu56@... | Sublime_One Cup Of Coffee-Judge Not (Bob Marley_The... | Sublime | 545KB | Audio | One Cup of Coffee, Judge |
| ddddffghkgfdawertyu56@... | SUBLIME__SMOKE_TWO_JOINTS.MP3 | Sublime | 2,482KB | Audio |
| ddddffghkgfdawertyu56@... | Sugar Sugar (1).mp3 | Baby Beesh_Frankie J | 3,444KB | Audio |
| ddddffghkgfdawertyu56@... | Switchfoot - You (8).mp3 | Mandy Moore | 3,945KB | Audio | You (A Walk To Reme... |
| ddddffghkgfdawertyu56@... | Tai Mai Shu - Got Rice.mp3 | Asian Pride | 1,382KB | Audio |
| ddddffghkgfdawertyu56@... | Taproot (Welcome) 06 - When.mp3 | Taproot | 3,817KB | Audio |
| ddddffghkgfdawertyu56@... | taproot - fault.mp3 | Taproot | 3,107KB | Audio |
| ddddffghkgfdawertyu56@... | Taproot - Gift - 02 - Again and Agian.mp3 | Taproot | 3,692KB | Audio | Taproot - Gift - 03 |
| ddddffghkgfdawertyu56@... | Taproot - Poem.mp3 | Taproot | 4,548KB | Audio |
| ddddffghkgfdawertyu56@... | Taylor Dayne - Supermodel.mp3 | Taylor Dayne | 3,525KB | Audio |
| ddddffghkgfdawertyu56@... | thalia_ft.mp3 | Thalia Ft. Fat Joe | 4,940KB | Audio |
| ddddffghkgfdawertyu56@... | The All-American Rejects - (3) Swing Swing.mp3 | The All-American Rejects | 3,177KB | Audio |
| ddddffghkgfdawertyu56@... | The All-American Rejects - untitled.mp3 | The All-American Rejects | 3,269KB | Audio |
| ddddffghkgfdawertyu56@... | The Beatles - I Want To Hold Your Hand.mp3 | The Beatles | 1,717KB | Audio | I Want... |
| ddddffghkgfdawertyu56@... | The Beu Sisters - You Make Me Feel Like A Star (Lizzie Mix)... | The Beu Sisters | 2,887KB | Audio | You Make Me Feel Like |
| ddddffghkgfdawertyu56@... | The Clay People - Car Bomb.mp3 | Disturbed, Static X, Slipkn... | 4,082KB | Audio |
| ddddffghkgfdawertyu56@... | The Tide Is High (Get The Feeling) - Atomic Kitten.mp3 | Atomic Kitten | 3,160KB | Audio | The Tide Is High |
| ddddffghkgfdawertyu56@... | The White Stripes - China Pig.mp3 | White Stripes | 1,122KB | Audio |
| ddddffghkgfdawertyu56@... | the white stripes - you're pretty good looking.mp3 | White Stripes | 1,716KB | Audio |
| ddddffghkgfdawertyu56@... | The White Stripes-ELEPHANT-ADVANCE VINYL-I want to be... | White Stripes | 3,824KB | Audio | You're P |
| ddddffghkgfdawertyu56@... | The White Strips - The Same Boy You've Always Kno.mp3 | White Stripes | 2,289KB | Audio | I W... |
| ddddffghkgfdawertyu56@... | The Who_Peter Townsend - Let My Love Open the Door... | The Who | 4,672KB | Audio | The Same Boy |
| ddddffghkgfdawertyu56@... | The Who - Tommy.mp3 | Who, The | 70,520KB | Audio | Let My Lo |
| ddddffghkgfdawertyu56@... | The Who - I'm Free (1).mp3 | The Who | 2,484KB | Audio |
| ddddffghkgfdawertyu56@... | The Who - Magic Bus.mp3 | The Who | 3,065KB | Audio |

Found 1927 files | 2,523,898 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ddddlffghkgfdawertyu56@… | The Who - Magic Bus.mp3 | The Who | 3,065KB | Audio |
| ddddlffghkgfdawertyu56@… | The Who - Pinball Wizard.mp3 | The Who | 2,779KB | Audio |
| ddddlffghkgfdawertyu56@… | The Who - Sparks.mp3 | Who | 3,572KB | Audio |
| ddddlffghkgfdawertyu56@… | The Who - Tommy - See Me Feel Me.mp3 | The Who | 3,280KB | Audio |
| ddddlffghkgfdawertyu56@… | The Who - Tommy Can You Hear Me.mp3 | The Who | 1,504KB | Audio |
| ddddlffghkgfdawertyu56@… | The Who - We're Not Gonna Take It.mp3 | The Who | 6,667KB | Audio |
| ddddlffghkgfdawertyu56@… | The Who - Who Are You (1).mp3 | The Who | 2,035KB | Audio |
| ddddlffghkgfdawertyu56@… | The Who - Who Are You.mp3 | The Who | 4,771KB | Audio |
| ddddlffghkgfdawertyu56@… | theres no home foryou here.mp3 | White Stripes | 5,184KB | Audio |
| ddddlffghkgfdawertyu56@… | Time Stand Still.mp3 | The All-American Rejects | 3,326KB | Audio |
| ddddlffghkgfdawertyu56@… | TLC - Unpretty (1).mp3 | TLC | 4,345KB | Audio |
| ddddlffghkgfdawertyu56@… | Tom Petty_the Heartbreakers - You Got Lucky.mp3 | Tom Petty_the Heartbr… | 3,378KB | Audio |
| ddddlffghkgfdawertyu56@… | Tom Petty - American Girl.mp3 | Tom Petty | 3,272KB | Audio |
| ddddlffghkgfdawertyu56@… | Tom Petty - Breakdown.mp3 | Tom Petty | 2,542KB | Audio |
| ddddlffghkgfdawertyu56@… | Tom Petty - Free Falling.mp3 | Tom Petty | 3,897KB | Audio |
| ddddlffghkgfdawertyu56@… | Tom Petty - I Won't Back Down.mp3 | Tom Petty | 2,769KB | Audio |
| ddddlffghkgfdawertyu56@… | Tom Petty - Into The Great Wide Open.mp3 | Tom Petty | 3,446KB | Audio |
| ddddlffghkgfdawertyu56@… | Tom Petty - Last Dance With Mary Jane.mp3 | Tom Petty | 4,243KB | Audio |
| ddddlffghkgfdawertyu56@… | Tom Petty - Learning To Fly.mp3 | Tom Petty | 3,761KB | Audio |
| ddddlffghkgfdawertyu56@… | Tom Petty - Refugee.mp3 | Tom Petty | 3,156KB | Audio |
| ddddlffghkgfdawertyu56@… | Tom Petty - Roll Another Joint.mp3 | Tom Petty | 2,262KB | Audio |
| ddddlffghkgfdawertyu56@… | Tom Petty - You Don't Know How It Feels.mp3 | Tom Petty | 4,523KB | Audio |
| ddddlffghkgfdawertyu56@… | TONIGHT.mp3 | Notorious B.I.G. | 5,752KB | Audio |
| ddddlffghkgfdawertyu56@… | Tool - Comfortably Numb.mp3 | Tool (Pink Floyd Cover) | 2,498KB | Audio |
| ddddlffghkgfdawertyu56@… | Tool - Crawl Away.mp3 | RA | 5,162KB | Audio |
| ddddlffghkgfdawertyu56@… | tool - Disposition.mp3 | Tool | 4,470KB | Audio |
| ddddlffghkgfdawertyu56@… | Tool - Forty-Six and 2.mp3 | Tool | 5,677KB | Audio |
| ddddlffghkgfdawertyu56@… | Tool - Jerk-Off.mp3 | Tool | 4,136KB | Audio |
| ddddlffghkgfdawertyu56@… | Tool - Lateralis.mp3 | Tool | 9,340KB | Audio |

Found 1927 files | 2,523,898 users online, sharing 459,231,413 files (3,952,320 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| dddddffghkgfdawertyu56@... | Tool - Lateralis.mp3 | Tool | 9,340KB | Audio |
| dddddffghkgfdawertyu56@... | Tool - Lateralus (1).mp3 | Tool | 4,473KB | Audio |
| dddddffghkgfdawertyu56@... | Tool - Lateralus - 11 - Reflection.mp3 | Tool | 3,667KB | Audio |
| dddddffghkgfdawertyu56@... | Tool - Prison Sex.mp3 | Tool | 4,630KB | Audio |
| dddddffghkgfdawertyu56@... | Tool - Sober.mp3 | Tool | 4,735KB | Audio |
| dddddffghkgfdawertyu56@... | Tool - Stinkfist (1).mp3 | Tool | 4,846KB | Audio |
| dddddffghkgfdawertyu56@... | tool - The Grudge.mp3 | Tool | 8,051KB | Audio |
| dddddffghkgfdawertyu56@... | Tool - Ticks and Leeches.mp3 | Tool | 7,658KB | Audio |
| dddddffghkgfdawertyu56@... | Tool-Aenema-(02)Eulogy.mp3 | Tool | 7,954KB | Audio |
| dddddffghkgfdawertyu56@... | tool-anima - Hooker With A Penis.mp3 | Tool | 4,266KB | Audio |
| dddddffghkgfdawertyu56@... | Top 10 American Idols - God Bless the USA (Proud to be an... | Top 10 American Idols | 2,165KB | Audio |
| dddddffghkgfdawertyu56@... | Top Loader - Dancing Moonlight.mp3 | Toploader | 5,439KB | Audio |
| dddddffghkgfdawertyu56@... | Toxic.mp3 | Britney Spears | 3,200KB | Audio |
| dddddffghkgfdawertyu56@... | Tracy Lord - Fucking.mpg | Unknown | 8,710KB | Video |
| dddddffghkgfdawertyu56@... | Trapt - Headstrong.mp3 | Trapt | 4,466KB | Audio |
| dddddffghkgfdawertyu56@... | Trapt- Head Strong (Demo).mp3 | Trapt | 6,474KB | Audio |
| dddddffghkgfdawertyu56@... | Trapt_Headstrong.wma | Trapt | 3,283KB | Audio |
| dddddffghkgfdawertyu56@... | Treble Charger - Friend Of Mine.mp3 | Notorious B.I.G. | 3,095KB | Audio |
| dddddffghkgfdawertyu56@... | Trent Reznor_Korn - Freak on a leash (NIN Remix).mp3 | Korn/Slipknot/Godsmack/... | 3,687KB | Audio |
| 2 Users | Trick Pony - Cotton Eyed Joe (1).mp3 | Various Artists | 2,944KB | Audio |
| dddddffghkgfdawertyu56@... | Trina_Ludacris- Be Alright.mp3 | Trina Feat Ludacris | 3,776KB | Audio |
| dddddffghkgfdawertyu56@... | Trisha Yearwood - Katie.mp3 | Trisha Yearwood | 3,838KB | Audio |
| dddddffghkgfdawertyu56@... | Tu Pac Feat. Biggie_Outlawz - Runnin {Unreleased}.mp3 | 2 Pac | 3,780KB | Audio |
| dddddffghkgfdawertyu56@... | Tupac_Snoop Doggy Dog - 2 Of Americas Most Wanted.... | 2 Pac and Snoop Doggy ... | 3,859KB | Audio |
| dddddffghkgfdawertyu56@... | TUPAC - Thugz Mansion-better dayz Long play.mp3 | 2Pac | 3,854KB | Audio |
| dddddffghkgfdawertyu56@... | TV Themes - How the Grinch Stole Christmas.mp3 | Theme | 2,767KB | Audio |
| dddddffghkgfdawertyu56@... | TV Themes - Passions Theme Song (Full).mp3 | Passions | 2,208KB | Audio |
| dddddffghkgfdawertyu56@... | Ultimate.mp3 | Lindsay Lohan | 2,922KB | Audio |
| dddddffghkgfdawertyu56@... | Undo the Wicked - Diecast - Peacemaker.mp3 | Diecast | 3,809KB | Audio |

Found 1,927 files | 2,823,898 users online, sharing 459,281,413 files (3,952,320 GB) | Not Sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ddddiffghkgfdawertyu56@... | Undo the Wicked - Diecast - Peacemaker.mp3 | Diecast | 3,809KB | Audio |
| ddddiffghkgfdawertyu56@... | Unwritten Law - Seein' Red (CD Quality).mp3 | Unwritten Law | 3,546KB | Audio |
| ddddiffghkgfdawertyu56@... | Vanessa Carlton - legally blond a thousand mil.mp3 | Vanessa Carlton | 5,548KB | Audio |
| ddddiffghkgfdawertyu56@... | Vanessa Carlton - Ordinary Boy.mp3 | Vanessa Carlton | 3,968KB | Audio |
| ddddiffghkgfdawertyu56@... | Vanessa Carlton - Twilight.mp3 | Vanessa Carlton | 3,744KB | Audio |
| ddddiffghkgfdawertyu56@... | VANESSA CARLTON Pretty Baby.mp3 | Vanessa Carlton | 5,525KB | Audio |
| ddddiffghkgfdawertyu56@... | Various Artists - Chi-Chi Man - Tok.mp3 | Various Artists | 3,260KB | Audio |
| ddddiffghkgfdawertyu56@... | various artists - joanna pacitti watch me shin.mp3 | vanessa carlton | 2,998KB | Audio |
| ddddiffghkgfdawertyu56@... | Venessa Williams - Colors of the Wind.mp3 | Vanessa Williams | 2,987KB | Audio |
| ddddiffghkgfdawertyu56@... | Vitamin C - Graduation Song.mp3 | Vitamin C | 7,954KB | Audio |
| ddddiffghkgfdawertyu56@... | Volare - Vitamin C.mp3 | Vitamin C | 2,811KB | Audio |
| ddddiffghkgfdawertyu56@... | Walmart Commercial - Lolly Pop.mp3 | Spice Girls | 1,896KB | Audio |
| ddddiffghkgfdawertyu56@... | washing machine.mp3 | michelle branch | 2,040KB | Audio |
| ddddiffghkgfdawertyu56@... | Wayne Wonder - Got Somebody.mp3 | Wayne Wonder | 3,171KB | Audio |
| ddddiffghkgfdawertyu56@... | Wayne Wonder - No Letting Go (Diwali Riddim) (2).mp3 | Wayne Wonder | 2,497KB | Audio |
| ddddiffghkgfdawertyu56@... | weezer - Knock Down Drag Out.mp3 | Weezer | 2,197KB | Audio |
| ddddiffghkgfdawertyu56@... | Weezer - Say It Aint So.mp3 | Weezer | 4,021KB | Audio |
| ddddiffghkgfdawertyu56@... | Weird Al Yankovic - Twelve pains of Christmas .mp3 | Bob Rivers | 3,466KB | Audio |
| ddddiffghkgfdawertyu56@... | Where Is The Love (Full).mp3 | Black Eyed Peas F/ Justin ... | 3,626KB | Audio |
| ddddiffghkgfdawertyu56@... | White Stripes - 01 Party of Special Things .mp3 | White Stripes | 2,206KB | Audio |
| ddddiffghkgfdawertyu56@... | White Stripes - Dead Leaves and the Dirty Ground.mp3 | White Stripes | 2,876KB | Audio |
| ddddiffghkgfdawertyu56@... | White Stripes - Expecting.mp3 | White Stripes | 1,928KB | Audio |
| ddddiffghkgfdawertyu56@... | White Stripes - I Can't Wait.mp3 | White Stripes | 3,420KB | Audio |
| ddddiffghkgfdawertyu56@... | White Stripes - Now Mary.mp3 | White Stripes | 1,675KB | Audio |
| ddddiffghkgfdawertyu56@... | White Stripes - Seven Nation Army.mp3 | White Stripes | 5,397KB | Audio |
| ddddiffghkgfdawertyu56@... | White Stripes - The Union Forever.mp3 | White Stripes | 3,222KB | Audio |
| ddddiffghkgfdawertyu56@... | White Stripes- We're Going to be Friends (1).mp3 | White Stripes | 1,669KB | Audio |
| ddddiffghkgfdawertyu56@... | White Stripes-ELEPHANT-in the cold, cold night.mp3 | White Stripes | 6,367KB | Audio |
| ddddiffghkgfdawertyu56@... | White Stripes-ELEPHANT-little acorns-Brand New.mp3 | White Stripes | 3,803KB | Audio |

Found 1927 files    2,523,898 users online, sharing 459,231,413 files (3,952,320 GB)   No sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| ddddfghkgfdawertyu56@... | White Stripes-ELEPHANT-little acorns-Brand New.mp3 | White Stripes | 3,803KB | Audio |
| ddddfghkgfdawertyu56@... | White Stripes-ELEPHANT-you've got her in your pocket-Br... | White Stripes | 4,421KB | Audio |
| ddddfghkgfdawertyu56@... | White Strips - 10 - Offend in Every Way.mp3 | White Strips | 2,247KB | Audio |
| ddddfghkgfdawertyu56@... | white strips - Hotel Yorba.mp3 | White Strips | 2,037KB | Audio |
| ddddfghkgfdawertyu56@... | white strips - I Can Learn.mp3 | White Stripes | 2,548KB | Audio |
| ddddfghkgfdawertyu56@... | white strips - I Fell In Love With A Girl.mp3 | White Strips | 1,720KB | Audio |
| ddddfghkgfdawertyu56@... | white strips - White Blood Cells (1).mp3 | White strips | 3,312KB | Audio |
| ddddfghkgfdawertyu56@... | Whitesnake - Here I Go Again ({).mp3 | White snake | 4,581KB | Audio |
| ddddfghkgfdawertyu56@... | Whitney Houston - One Moment In Time.mp3 | graduation songs | 4,467KB | Audio |
| ddddfghkgfdawertyu56@... | Whodini - Freaks Come Out At Night.mp3 | The Who | 4,420KB | Audio |
| ddddfghkgfdawertyu56@... | Will Smith - Just The Two Of Us.mp3 | Will Smith | 4,919KB | Audio |
| ddddfghkgfdawertyu56@... | Will Smith - just2ofus.mp3 | Will Smith | 2,146KB | Audio |
| ddddfghkgfdawertyu56@... | WoodStock 69 - Joplin, Janis - Live at Woodstock, 1969 - 1... | Janis Joplin | 5,964KB | Audio |
| ddddfghkgfdawertyu56@... | World Trade Center Tribute.mp3 | World Trade Center Tribu... | 2,272KB | Audio |
| ddddfghkgfdawertyu56@... | WTC Tribute 911 Mix - God Bless America (Lee Greenwood)... | 9-11 Tribute Songs | 4,330KB | Audio |
| ddddfghkgfdawertyu56@... | Yasmine's Music - Cheerleading - Bring it on soundtrack - I... | Bring It On Soundtrack | 1,836KB | Audio |
| ddddfghkgfdawertyu56@... | Young anal.mpeg | Teen | 3,697KB | Video |
| ddddfghkgfdawertyu56@... | Young Bloodz Ft - Damn.mp3 | YoungBloodz Ft. Ludacris | 6,941KB | Audio |
| ddddfghkgfdawertyu56@... | Zeplin - California.mp3 | Led Zeplin | 3,361KB | Audio |
| ddddfghkgfdawertyu56@... | Zwan - Broken Heart.mp3 | Zwan | 3,424KB | Audio |
| ddddfghkgfdawertyu56@... | Zwan - Cast A Stone.mp3 | Zwan | 4,032KB | Audio |
| ddddfghkgfdawertyu56@... | Zwan - Chrysanthemum.mp3 | Zwan | 2,938KB | Audio |
| ddddfghkgfdawertyu56@... | Zwan - Don't Let Me Down.mp3 | Zwan | 4,010KB | Audio |
| ddddfghkgfdawertyu56@... | Zwan - Freedom Ain't What It..mp3 | Zwan | 3,900KB | Audio |
| ddddfghkgfdawertyu56@... | Zwan - Glorious (FULL).mp3 | Zwan | 6,704KB | Audio |
| ddddfghkgfdawertyu56@... | zwan - honestly..mp3 | Zwan | 6,806KB | Audio |
| ddddfghkgfdawertyu56@... | Zwan - My Life And Times.mp3 | Zwan | 3,232KB | Audio |
| ddddfghkgfdawertyu56@... | Zwan - Never Give Up.mp3 | Zwan | 2,702KB | Audio |
| ddddfghkgfdawertyu56@... | Zwan - Shining Path.mp3 | Zwan | 4,468KB | Audio |

Found 1927 files | 2,523,898 users online, sharing 459,231,413 files (3,952,380 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| dddddffghkgfdawertyu56@… | Whitney Houston - One Moment In Time.mp3 | graduation songs | 4,467KB | Audio |
| dddddffghkgfdawertyu56@… | Whodini - Freaks Come Out At Night.mp3 | The Who | 4,420KB | Audio |
| dddddffghkgfdawertyu56@… | Will Smith - Just The Two Of Us.mp3 | Will Smith | 4,919KB | Audio |
| dddddffghkgfdawertyu56@… | Will Smith - just2ofus.mp3 | Will Smith | 2,146KB | Audio |
| dddddffghkgfdawertyu56@… | WoodStock 69 - Joplin, Janis - Live at Woodstock, 1969 - 1… | Janis Joplin | 5,964KB | Audio |
| dddddffghkgfdawertyu56@… | World Trade Center Tribute.mp3 | World Trade Center Tribu… | 2,272KB | Audio |
| dddddffghkgfdawertyu56@… | WTC Tribute 911 Mix - God Bless America (Lee Greenwood)… | 9-11 Tribute Songs | 4,330KB | Audio |
| dddddffghkgfdawertyu56@… | Yasmine's Music- Cheerleading - Bring it on soundtrack - I'… | Bring It On Soundtrack | 1,836KB | Audio |
| dddddffghkgfdawertyu56@… | Young anal.mpeg | Teen | 3,697KB | Video |
| dddddffghkgfdawertyu56@… | Young Bloodz Ft - Damn.mp3 | YoungBloodz Ft. Ludacris | 6,941KB | Audio |
| dddddffghkgfdawertyu56@… | Zeplin - California.mp3 | Led Zeplin | 3,361KB | Audio |
| dddddffghkgfdawertyu56@… | Zwan - Broken Heart.mp3 | Zwan | 3,424KB | Audio |
| dddddffghkgfdawertyu56@… | Zwan - Cast A Stone.mp3 | Zwan | 4,032KB | Audio |
| dddddffghkgfdawertyu56@… | Zwan - Chrysanthemum.mp3 | Zwan | 2,938KB | Audio |
| dddddffghkgfdawertyu56@… | Zwan - Don't Let Me Down.mp3 | Zwan | 4,010KB | Audio |
| dddddffghkgfdawertyu56@… | Zwan - Freedom Ain't What It.mp3 | Zwan | 3,900KB | Audio |
| dddddffghkgfdawertyu56@… | Zwan - Glorious (FULL).mp3 | Zwan | 6,704KB | Audio |
| dddddffghkgfdawertyu56@… | zwan - honestly.mp3 | Zwan | 6,806KB | Audio |
| dddddffghkgfdawertyu56@… | Zwan - My Life And Times.mp3 | Zwan | 3,232KB | Audio |
| dddddffghkgfdawertyu56@… | Zwan - Never Give Up.mp3 | Zwan | 2,702KB | Audio |
| dddddffghkgfdawertyu56@… | Zwan - Shining Path.mp3 | Zwan | 4,466KB | Audio |
| dddddffghkgfdawertyu56@… | Zwan - Solace and Serenity (live).mp3 | Zwan | 4,070KB | Audio |
| dddddffghkgfdawertyu56@… | Zwan - Whatever Whenever.mp3 | Zwan | 3,508KB | Audio |
| dddddffghkgfdawertyu56@… | Zwan_ComeWithMe_14.mp3 | Zwan | 3,735KB | Audio |
| dddddffghkgfdawertyu56@… | {POP} Jessica Simpson and Nick Lachey - Where You Are… | Jessica Simpson and Nick… | 788KB | Audio |
| dddddffghkgfdawertyu56@… | ~Rape_girl (2) (3) (1).mpg | Vivid | 13,692KB | Video |
| dddddffghkgfdawertyu56@… | amature russian.mpeg | Unknown | 14,948KB | Video |
| dddddffghkgfdawertyu56@… | Straight - Sex In Fire Stairwell (Hidden Cam).mpg | Hard Core | 4,128KB | Video |
| dddddffghkgfdawertyu56@… | Mariah Carey feat. 98 Degrees_Joe - Thank God I Found… | Mariah Carey feat. 98 De… | 1,912KB | Audio |

Found 1927 files | 2,523,898 users online, sharing 459,281,413 files (3,952,320 GB) | Not sharing any files