AO 440 Summons In a Civil Action

# United States District Court
### DISTRICT OF MASSACHUSETTS

**SUMMONS IN A CIVIL CASE**

ARISTA RECORDS, INC., a Delaware corporation;
ELEKTRA ENTERTAINMENT GROUP INC., a
Delaware corporation; CAPITOL RECORDS, INC., a
Delaware corporation; UMG RECORDINGS, INC., a
Delaware corporation; and SONY MUSIC
ENTERTAINMENT INC., a Delaware corporation,

CASE NUMBER: 04-30164-MAP

V.

THOMAS ABERDLE

TO:
THOMAS ABERDLE
62 Lord Ter N.
Chicopee, MA 01020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

> COLIN J. ZICK
> GABRIEL M. HELMER
> FOLEY HOAG LLP
> 155 Seaport Boulevard
> Boston, MA 02210-2600
> PHONE: (617) 832-1000
> FAX:    (617) 832-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK: Mary Finn (by signature)

DATE: August 25, 2004

(BY) DEPUTY CLERK

AO 440 Summons in a Civil Action

## RETURN OF SERVICE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

September 8, 2004

I hereby certify and return that on 9/7/2004 at 11:55 am I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL ACTION COVER SHEET, LOCAL CATEGORY SHEET, & CORP. DISCLOSURE in this action in the following manner: To wit, by leaving at the last and usual place of abode of THOMAS ABERDLE, 62 LORD TER N., CHICOPEE, MA 01020. Conveyance ($1.20), Travel ($2.56), Attestation X 1 ($5.00), Basic Service Fee ($20.00), Mailing 1 ($1.00) Total Charges $29.76

*David Tenney*
Deputy Sheriff

Deputy Sheriff DAVID K. TENNEY

☐ Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.