UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30164-MAP

ARISTA RECORDS, INC., ELECTRA )
ENTERTAINMENT GROUP INC., )
CAPITOL RECORDS, INC., UMG )
RECORDINGS, INC., and SONY MUSIC )
ENTERTAINMENT INC., ) ANSWER OF DEFENDANT
    *Plaintiffs,* )
)
vs. )
)
THOMAS ABERDALE, )
    *Defendant.* )

In answer to Plaintiffs' complaint, Defendant THOMAS ABERDALE alleges:

## I. ADMISSIONS AND DENIALS

### COUNT ONE

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 and 12 of the complaint.

Defendant denies the allegation of paragraph 13 that Defendant "has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others." Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the remainder of paragraph 13.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of the complaint.

Defendant denies each and every allegation of paragraph 15 of the complaint.

Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the complaint.

## II. AFFIRMATIVE DEFENSES

Defendant, pursuant to Fed. R. Civ. P. 8(c), asserts the following affirmative defense:

### FIRST AFFIRMATIVE DEFENSE

1. Plaintiffs' complaint was not filed within the applicable statutes of limitation for its stated claims.

## III. DEFENSES

### FIRST DEFENSE

1. Plaintiffs' complaint fails to state a claim upon which relief can be granted.

WHEREFORE, Defendant requests that Plaintiffs take nothing by Plaintiffs' complaint and that Defendant be awarded judgment in this action and costs of suit.

THOMAS ABERDALE

By His Attorneys,

Dated: October 7, 2004

By: _____
Donald W. Blakesley
BBO No. 045100
James J. Higham, Jr.
BBO No. 234060
PELLEGRINI, SEELEY, RYAN &
BLAKESLEY, P.C.
1145 Main Street   P.O. Box 30009
Springfield, MA 01103-0009
Phone (413) 785-5300
Fax (413) 731-0626

## CERTIFICATE OF SERVICE

I, Donald W. Blakesley, Esq., the attorney of record for Defendant Thomas Aberdale in this action, certify that on the ___8th___ day of ___Oct._____, 2004, I personally served a copy of the attached Answer of Defendant, by mailing the copy to the following person at the following address:

> Colin J. Zick
> Foley Hoag LLP
> 155 Seaport Boulevard
> Boston, MA 02210–2600
> (617) 832–1000
> Fax (617) 832–7000

> _____
> Donald W. Blakesley, Esq.
> BBO No. 045100
> PELLEGRINI, SEELEY, RYAN &
> BLAKESLEY, P.C.
> 1145 Main Street   P.O. Box 30009
> Springfield, MA 01103–0009
> Phone (413) 785–5300
> Fax (413) 731–0626

G:\Deena\Complaints\Arista Records answer.wpd