UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS, INC., a Delaware Corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY MUSIC ENTERTAINMENT, INC., a Delaware Corporation,<br><br>            Plaintiffs,<br>v.<br>THOMAS ABERDALE,<br><br>            Defendant. | CIVIL ACTION No. 04-CV-30164 KPN |

**ASSENTED-TO MOTION TO AMEND COMPLAINT**

Plaintiffs hereby submit this assented-to motion to amend the Complaint originally filed in this action. This motion is made pursuant to Fed. R. Civ. P. 15(a), in order to correct the spelling of the Defendant's name. In particular, after service of the Complaint, counsel for the Defendant informed Plaintiffs' counsel that the Defendant's last name is correctly spelled "Aberdale" not "Aberdle." The Defendant has assented to this Motion.

A copy of the proposed Amended Complaint is attached to this motion.

            ARISTA RECORDS, INC., ELEKTRA ENTERTAINMENT GROUP INC., CAPITOL RECORDS, INC., UMG RECORDINGS, INC., and SONY MUSIC ENTERTAINMENT, INC.

            /s/ Gabriel M. Helmer
            Colin J. Zick  (BBO #556538)
            Gabriel M. Helmer (BBO #648090)
            Foley Hoag LLP
            155 Seaport Blvd.
            Boston, MA  02210
            (617) 832-1000

Dated:  December 10, 2004            ATTORNEYS FOR PLAINTIFFS

ASSENTED TO:
THOMAS ABERDALE

    /s/ James Higham
Donald W. Blakesley, Esq. (BBO# 045100)
James Higham, Esq. (BBO#234060)
1145 Main Street
P.O. Box 30009
Springfield, MA
01103-0009
(413) 785-5300
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of December, 2004, I caused a true copy of the above document to be served upon James Higham, Esq., counsel for defendant, by mail.

    /s/ Gabriel M. Helmer

- 2 -