UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS, INC., a Delaware Corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY MUSIC ENTERTAINMENT, INC., a Delaware Corporation,<br><br>                    Plaintiffs,<br>v.<br><br>THOMAS ABERDALE,<br><br>                    Defendant. | CIVIL ACTION No. 04-CV-30164 KPN |

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Plaintiffs hereby submits the following certification, pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts:

The undersigned counsel and the undersigned authorized representative of Arista Records, Inc., Elektra Entertainment Group Inc., Capitol Records, Inc., UMG Recordings, Inc., and Sony Music Entertainment, Inc., hereby affirm that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ARISTA RECORDS, INC., ELEKTRA
ENTERTAINMENT GROUP INC., CAPITOL
RECORDS, INC., UMG RECORDINGS, INC., and
SONY MUSIC ENTERTAINMENT, INC.,

_____
Colin J. Zick (BBO #556538)
Gabriel M. Helmer (BBO #652640)
Foley Hoag LLP
155 Seaport Blvd.
Boston, MA 02210
(617) 832-1000

Dated: December 17, 2004   ATTORNEYS FOR PLAINTIFFS

ARISTA RECORDS, INC., ELEKTRA
ENTERTAINMENT GROUP INC., CAPITOL
RECORDS, INC., UMG RECORDINGS, INC., and SONY
MUSIC ENTERTAINMENT, INC.,

By: _____

Dated: December 15, 2004     AUTHORIZED REPRESENTATIVE OF PLAINTIFFS