UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISTA RECORDS, INC. ET AL., *Plaintiff* | ) ) ) ) ) ) |
| V. | ) ) Case No: 3:04-CV-30164-MAP ) |
| THOMAS ABERDALE *Defendants* | ) ) ) ) ) ) |

**SETTLEMENT ORDER OF DISMISSAL**

The Court, having been advised by counsel for the plaintiffs on 1/4/05 that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED January 4, 2005

TONY ANASTAS
CLERK

BY: /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk