UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and SONY MUSIC ENTERTAINMENT INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>THOMAS ABERDALE,<br><br>            Defendant. | CIVIL ACTION No. 04-30164-MAP |

**NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

1. Judgment Creditors, ARISTA RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; and SONY MUSIC ENTERTAINMENT INC. and Judgment Debtor, THOMAS ABERDALE stipulated to a judgment ("Stipulated Judgment") in favor of Plaintiffs in the above-entitled action. The Court has entered the Stipulated Judgment.

2. The Stipulated Judgment includes a monetary payment.

3.   Judgment Debtor has fully satisfied the monetary portion of the Stipulated Judgment.

DATED: January 11, 2005     By: /s/ Gabriel M. Helmer

Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

ATTORNEYS FOR PLAINTIFFS